# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cleland, Robert H. | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN | 05/31/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES DISTRICT JUDGE SENIOR | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

425 Water St
Port Huron, MI 48060

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust |
| 2. | General Manager | Partnership |
| 3. | Member | Investment Club |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | County of St. Clair, Michigan (defined benefit retirement plan) | $19,992.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | S1 (H) | | | | | | | | | |
| 2. | -Abbvie Inc (Common) | A | Dividend | | | Buy<br>(add'l) | 01/09/19 | J | | |
| 3. | | | | | | Sold | 02/05/19 | J | A | |
| 4. | -Aberdeen Standard Physical Gold Shares ETF | | None | | | Buy | 10/02/19 | J | | |
| 5. | | | | | | Sold | 11/13/19 | J | | |
| 6. | -Aberdeen Standard Physical Precious Metals Basket Shares ETF | | None | | | Buy | 08/28/19 | J | | |
| 7. | | | | | | Sold | 09/11/19 | J | | |
| 8. | -Aberdeen Standard Physical Silver Shares ETF | | None | | | Buy | 08/28/19 | J | | |
| 9. | | | Dividend | | | Sold | 10/02/19 | J | | |
| 10. | -Acuity Brands Inc (Common) | A | Dividend | J | T | Buy | 04/30/19 | J | | |
| 11. | | | | | | Sold | 06/18/19 | J | | |
| 12. | | | | | | Buy | 07/19/19 | J | | |
| 13. | | | | | | Sold | 10/10/19 | J | | |
| 14. | | | | | | Buy | 11/15/19 | J | | |
| 15. | -AFLAC Inc (Common) | | None | | | Sold | 01/03/19 | J | | |
| 16. | -Air Products & Chemicals Inc (Common) | A | Dividend | | | Buy | 08/28/19 | J | | |
| 17. | | | | | | Sold | 10/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | -Alexandria Real Estate Equities, Inc. (REIT) | A | Dividend | J | T | Buy | 08/28/19 | J | | |
| 19. | -Allstate Corp (Common) | C | Dividend | N | T | Buy (add'l) | 01/17/19 | J | | |
| 20. | | | | | | | | | | |
| 21. | -Amdocs Ltd (Common) | A | Dividend | | | Buy (add'l) | 01/14/19 | J | | |
| 22. | | | | | | Sold | 02/13/19 | J | | |
| 23. | -American Express Corp (Common) | A | Dividend | K | T | | | | | |
| 24. | -American Water Works Co Inc (Common) | A | Dividend | | | Buy | 08/28/19 | J | | |
| 25. | | | | | | Sold | 12/26/19 | J | | |
| 26. | -Ameriprise Financial Inc (Common) | A | Dividend | | | Buy | 01/09/19 | J | | |
| 27. | | | | | | Sold | 04/30/19 | J | C | |
| 28. | -Ametek Inc (Common) | A | Dividend | | | Sold | 07/02/19 | J | | |
| 29. | -Analog Devices Inc (Common) | | None | | | Sold | 01/03/19 | J | | |
| 30. | -Apache Corp (Common) | A | Dividend | | | Buy | 02/05/19 | J | | |
| 31. | | | | | | Sold | 06/18/19 | J | | |
| 32. | -AT&T (Common) | B | Dividend | K | T | Buy (add'l) | 01/17/19 | J | | |
| 33. | | | | | | Buy (add'l) | 04/30/19 | K | | |
| 34. | | | | | | Buy (add'l) | 08/28/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Becton Dickinson & Co (Common) | A | Dividend | | | Sold | 08/06/19 | J | | |
| 36. -Best Buy (Common) | A | Dividend | M | T | Buy (add'l) | 10/01/19 | K | | |
| 37. | | | | | Buy (add'l) | 10/02/19 | J | | |
| 38. -Boeing Co (Common) | A | Dividend | | | Sold | 08/06/19 | J | | |
| 39. -Borg Warner Inc (Common) | | None | | | Buy | 08/14/19 | J | | |
| 40. | | | | | Sold | 08/28/19 | J | | |
| 41. -Brunswick Corp (Common) | A | Dividend | K | T | Buy | 01/17/19 | J | | |
| 42. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 43. -CAE Inc (Common) | A | Dividend | | | Sold | 08/28/19 | K | | |
| 44. -Capri Holdings LTD (Common) | | None | | | Buy | 04/02/19 | J | | |
| 45. | | | | | Sold | 06/18/19 | J | | |
| 46. -Carlisle Cos Inc (Common) | A | Dividend | K | T | Buy | 03/05/19 | J | | |
| 47. -Catepillar Inc (Common) | A | Dividend | | | Buy | 01/09/19 | J | | |
| 48. | | | | | Sold | 03/05/19 | J | A | |
| 49. -CBOE Global Markets (Common) | A | Dividend | J | T | Buy | 10/09/19 | J | | |
| 50. -Ciena Corp (Common) | | None | J | T | Buy | 08/06/19 | J | | |
| 51. | | | | | Sold | 10/10/19 | J | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 11/15/19 | J | | |
| 53.   -Cigna Corp (Common) | A | Dividend | | | Sold | 04/30/19 | J | | |
| 54.   -Citrix Systems Inc (Common) | A | Dividend | J | T | Buy | 08/28/19 | J | | |
| 55.   -CME Group Inc (Common) | A | Dividend | J | T | Sold (part) | 08/28/19 | K | | |
| 56.   -Coca Cola Co (Common) | A | Dividend | J | T | Buy | 11/13/19 | J | | |
| 57.   -Comcast Corp (Common) | A | Dividend | K | T | Buy | 03/05/19 | J | | |
| 58.   -Communiity- Healthcare Tr (Common) | A | Dividend | | | Buy | 10/02/19 | J | | |
| 59. | | | | | Sold | 12/26/19 | J | | |
| 60.   -ConocoPhillips (Common) | A | Dividend | J | T | Buy | 04/30/19 | J | | |
| 61. | | | | | Sold | 10/10/19 | J | | |
| 62. | | | | | Buy | 11/15/19 | J | | |
| 63.   -Cooper Cos Inc (Common) | A | Dividend | | | Sold | 08/06/19 | J | D | |
| 64.   -Crane Company (Common) | A | Dividend | J | T | Buy | 07/02/19 | J | | |
| 65. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 66. | | | | | Sold | 10/14/19 | J | | |
| 67. | | | | | Buy | 11/15/19 | J | | |
| 68.   -Crown Castle Intl Corp (Common) | A | Dividend | | | Buy | 08/28/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 10/10/19 | J | | |
| 70. -Cummins Inc (Common) | A | Dividend | | | Buy | 08/14/19 | J | | |
| 71. | | | | | Sold | 08/28/19 | J | | |
| 72. -Curtiss-Wright Corp (Common) | A | Dividend | K | T | Buy | 08/06/19 | J | | |
| 73. -CVS Health Corp (Common) | A | Dividend | K | T | Buy (add'l) | 01/17/19 | J | | |
| 74. | | | | | Sold | 04/02/19 | J | B | |
| 75. | | | | | Buy | 08/06/19 | K | | |
| 76. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 77. - DR Horton Inc (Common) | A | Dividend | J | T | Buy | 07/19/19 | J | | |
| 78. | | | | | Buy (add'l) | 10/09/19 | J | | |
| 79. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 80. -Darden Restaurants (Common) | A | Dividend | | | Buy | 08/28/19 | J | | |
| 81. | | | | | Sold | 10/10/19 | J | | |
| 82. -Delta Airlines Inc (Common) | A | Dividend | | | Buy (add'l) | 01/17/19 | J | | |
| 83. | | | | | Sold | 03/05/19 | J | | |
| 84. -Discover Financial Services (Common) | C | Dividend | M | T | | | | | |
| 85. -Dollar General Corp (Common) | A | Dividend | K | T | Sold (part) | 01/09/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  -Dollar Tree Stores (Common) | | None | K | T | | | | | |
| 87.  -Dominion Energy Inc (Common) | A | Dividend | | | Buy<br>(add'l) | 01/09/19 | J | | |
| 88. | | | | | Sold | 03/05/19 | K | A | |
| 89.  -DTE Energy Co (Common) | D | Dividend | N | T | Buy<br>(add'l) | 01/03/19 | K | | |
| 90. | | | | | Buy<br>(add'l) | 08/28/19 | J | | |
| 91.  -Eagle Materials Inc (Common) | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 92.  -Edison International (Common) | A | Dividend | | | Sold<br>(part) | 02/15/19 | J | | |
| 93. | | | | | Sold | 04/30/19 | J | A | |
| 94.  -Enpro Industries Inc (Common) | A | Dividend | | | Buy | 02/13/19 | J | | |
| 95. | | | | | Sold | 06/12/19 | J | | |
| 96.  -EOG Resources Inc (Common) | | None | | | Buy | 04/30/19 | J | | |
| 97. | | | | | Sold | 06/18/19 | J | | |
| 98. | | | | | Buy | 07/19/19 | J | | |
| 99. | | | | | Sold | 08/06/19 | J | | |
| 100.  -Eversource Energy (Common) | A | Dividend | K | T | Buy | 07/02/19 | J | | |
| 101. | | | | | Buy<br>(add'l) | 08/28/19 | J | | |
| 102.  -Exxon Mobil Corp (Common) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -First Trust Global Tactical FIS ETF | A | Dividend | J | T | Buy | 12/04/19 | J | | ???????? double check asse |
| 104.  -First Trust Global Wind Energy ETF | A | Dividend | | | Buy | 09/11/19 | J | | |
| 105. | | | | | Buy (add'l) | 10/02/19 | J | | |
| 106. | | | | | Sold | 11/13/19 | J | A | |
| 107.  -First Trust Low Duration Opportunities ETF | | None | | | Buy | 08/28/19 | J | | |
| 108. | | | | | Sold | 09/11/19 | J | | |
| 109.  -First Trust NASDAQ Edge Green Energy Index Fund ETF | | None | | | Buy | 08/28/19 | J | | |
| 110. | | | | | Sold | 09/11/19 | J | A | |
| 111.  -First Trust Water ETF | A | Dividend | J | T | Buy | 09/11/19 | J | | |
| 112. | | | | | Sold (part) | 11/13/19 | J | | |
| 113.  -FlexShares iBoxx 5-Year Target Duration TIPS Index ETF | A | Dividend | | | Buy | 08/28/19 | J | | |
| 114. | | | | | Sold (part) | 09/11/19 | J | | |
| 115. | | | | | Sold | 10/09/19 | J | | |
| 116.  -Foot Locket (Common) | A | Dividend | | | Buy | 04/30/19 | J | | |
| 117. | | | | | Sold | 06/18/19 | J | | |
| 118. | | | | | Buy | 07/19/19 | J | | |
| 119. | | | | | Buy (add'l) | 11/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold | 12/30/19 | J | | |
| 121.  -Gap Inc (Common) | A | Dividend | | | Buy | 01/03/19 | J | | |
| 122. | | | | | Sold | 03/05/19 | J | | |
| 123. | | | | | Buy | 03/18/19 | J | | |
| 124. | | | | | Sold | 06/18/19 | J | | |
| 125. | | | | | Buy | 07/19/19 | J | | |
| 126. | | | | | Sold | 08/28/19 | J | | |
| 127.  -Garmin LTD (Common) | A | Dividend | K | T | Buy | 09/04/19 | K | | |
| 128. | | | | | Buy<br>(add'l) | 09/05/19 | J | | |
| 129.  -Gentex Corp (Common) | A | Dividend | | | Buy<br>(add'l) | 01/14/19 | J | | |
| 130. | | | | | Sold | 02/13/19 | J | | |
| 131.  -Greenbrier Cos Inc (Common) | A | Dividend | | | Buy | 01/14/19 | J | | |
| 132. | | | | | Sold | 04/10/19 | J | | |
| 133.  -Halliburton Co (Common) | A | Dividend | | | Buy | 03/05/19 | K | | |
| 134. | | | | | Sold | 06/18/19 | J | | |
| 135. | | | | | Buy | 07/19/19 | J | | |
| 136. | | | | | Buy<br>(add'l) | 08/28/19 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 09/04/19 | J | | |
| 138. | | | | | Sold | 09/11/19 | J | | |
| 139. -Hartford Financial Services Group (Common) | A | Dividend | J | T | Buy | 08/28/19 | J | | |
| 140. -Herman Miller Inc (Common) | A | Dividend | | | Sold | 08/28/19 | J | | |
| 141. -Hollyfrontier Corp (Common) | A | Dividend | | | Buy | 01/09/19 | J | | |
| 142. | | | | | Sold (part) | 04/30/19 | J | | |
| 143. | | | | | Sold | 06/18/19 | J | | |
| 144. | | | | | Buy | 07/19/19 | J | | |
| 145. | | | | | Sold | 08/28/19 | J | | |
| 146. -Home Depot, Inc (Common) | A | Dividend | K | T | Buy (add'l) | 08/28/19 | J | | |
| 147. -Honeywell International Inc (Common) | A | Dividend | K | T | Buy (add'l) | 08/28/19 | J | | |
| 148. -Hooker Furniture Corp (Common) | A | Dividend | | | Buy | 01/14/19 | J | | |
| 149. | | | | | Sold | 06/18/19 | J | | |
| 150. | | | | | Buy | 07/19/19 | J | | |
| 151. | | | | | Buy (add'l) | 07/22/19 | J | | |
| 152. | | | | | Sold | 08/14/19 | J | | |
| 153. -Humana Inc (Common) | A | Dividend | J | T | Buy | 08/06/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold | 10/10/19 | J | | |
| 155. | | | | | Buy | 11/15/19 | J | | |
| 156.  -Illinois Tool Works Inc (Common) | A | Dividend | | | Sold<br>(part) | 02/15/19 | J | | |
| 157. | | | | | Sold | 06/04/19 | J | | |
| 158.  -Ingersoll-Rand PLC (Common) | A | Dividend | K | T | | | | | |
| 159.  -Intercontinential Exchange (Common) | A | Dividend | J | T | Buy | 08/28/19 | J | | |
| 160.  -Interdigita Inc (Common) | A | Dividend | | | Buy | 01/14/19 | J | | |
| 161. | | | | | Sold | 05/04/19 | J | | |
| 162.  -Internatinal Business achines Corp<br>(Common) | A | Dividend | K | T | Buy | 06/04/19 | K | | |
| 163. | | | | | Buy<br>(add'l) | 08/28/19 | J | | |
| 164.  -International Speedway Inc (Common) | A | Dividend | | | Sold | 03/18/19 | J | | |
| 165.  -Invesco CurrencyShares Candian Dollar<br>Trust ETF | A | Dividend | | | Buy | 08/28/19 | J | | |
| 166. | | | | | Sold | 09/11/19 | J | | |
| 167. | | | | | Buy | 11/13/19 | J | | |
| 168.  -Invesco CurrencyShares Japanese Yen<br>Trust | | None | | | Buy | 08/28/19 | J | | |
| 169. | | | | | Sold | 10/02/19 | J | | |
| 170. | | | | | Buy | 11/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -Invesco CurrencyShares Swiss Franc Trust ETF | | None | | | Buy | 09/05/19 | J | | |
| 172. | G | | | | Sold | 09/11/19 | J | | |
| 173.  -Invesco WilderHill Clean Energy ETF | | None | | | Buy | 09/05/19 | J | | |
| 174. | | | | | Sold | 09/11/19 | J | A | |
| 175.  -Invesco Emerging Markets Sovereign Debt ETF | | None | | | Buy | 08/28/19 | J | | |
| 176. | | | | | Sold | 09/11/19 | J | | |
| 177.  -Invesco Global Water ETF | | None | | | Buy | 08/28/19 | J | | |
| 178. | | | | | Sold (part) | 09/05/19 | J | A | |
| 179. | | | | | Sold | 09/11/19 | J | A | |
| 180.  -Invesco S&P 500 Low Volatility ETF | A | Dividend | K | T | Buy | 08/28/19 | J | | |
| 181. | | | | | Sold (part) | 10/02/19 | J | A | |
| 182. | | | | | Sold (part) | 10/09/19 | J | A | |
| 183. | | | | | Sold | 11/13/19 | J | A | |
| 184. | | | | | Buy | 12/27/19 | K | | |
| 185.  -Invesco S&P Global Water Index ETF | | None | | | Buy | 08/28/19 | J | | |
| 186. | | | | | Sold | 09/05/19 | J | A | |
| 187. | | | | | Buy | 09/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 10/02/19 | J | | |
| 189. | | | | | Sold | 09/11/19 | J | | |
| 190.  -Invesco Variable Rate Preferred ETF | A | Dividend | J | T | Buy | 08/28/19 | J | | |
| 191. | | | | | Sold | 09/11/19 | J | A | |
| 192. | | | | | Buy | 10/09/19 | J | | |
| 193.  -IQ Hedge Multi-Strategy Tracker ETF | A | Dividend | K | T | Buy | 08/28/19 | J | | |
| 194. | | | | | Buy (add'l) | 12/27/19 | J | | |
| 195.  -IQ Merger Arbitrage ETF | A | Dividend | J | T | Buy | 01/13/19 | J | | |
| 196.  -iShares 3-7 Year Treasury Bond ETF | A | Dividend | | | Buy | 08/28/19 | J | | |
| 197. | | | | | Sold | 09/11/19 | J | | |
| 198.  -iShares 7-10 Year Treasury Bond ETF | A | Dividend | | | Buy | 11/13/19 | J | | |
| 199. | | | | | Sold | 12/12/19 | J | A | |
| 200.  -iShares Broad USD Investment Grade Corporate Bond ETF | A | Dividend | J | T | Buy | 09/11/19 | J | | |
| 201.  -iShares CMBS ETF | A | Dividend | | | Buy | 08/28/19 | J | | |
| 202. | | | | | Sold | 09/11/19 | J | | |
| 203.  -iShares Core S&P US Value ETF | C | Dividend | | | Sold | 01/14/19 | M | | |
| 204. | | | | | Buy | 06/12/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy | 06/18/19 | L | | |
| 206. | | | | | Sold (part) | 07/19/19 | L | B | |
| 207. | | | | | Sold | 08/28/19 | J | | |
| 208.   -iShares Global Infastructure ETF | | None | | | Buy | 08/28/19 | J | | |
| 209. | | | | | Sold | 09/05/19 | J | A | |
| 210. | | | | | Buy | 11/13/19 | J | | |
| 211. | | | | | Sold | 12/04/19 | J | | |
| 212.   -iShares Gold Trust ETF | | None | | | Buy | 10/02/19 | J | | |
| 213. | | | | | Sold | 11/13/19 | J | | |
| 214.   -iShares iBonds Dec 2024 Term Corp ETF | A | Dividend | | | Buy | 08/28/19 | J | | |
| 215. | | | | | Sold | 09/11/19 | J | | |
| 216. | | | | | Buy | 11/13/19 | J | | |
| 217.   -iShares iBoxx $ Investment Grade Corporate Bond ETF | A | Dividend | | | Buy | 09/11/19 | J | | |
| 218. | | | | | Sold | 10/09/19 | J | A | |
| 219. | | | | | Buy | 11/13/19 | J | | |
| 220.   -iShares Intermediate-Term Corporate Bond ETF | A | Dividend | J | T | Buy | 08/28/19 | J | | |
| 221.   -iShares Mortgage Real Estate Capped (REIT) | A | Dividend | J | T | Buy | 12/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -iShares MSCI ACWI Low Carbon Target ETF | | None | | | Buy | 09/05/19 | J | | |
| 223. | | | | | Sold | 11/13/19 | J | A | |
| 224.  -iShares MSCI EAFE ESG Optimized ETF | | None | | | Buy | 11/13/19 | J | | |
| 225. | | | | | Sold | 12/04/19 | J | A | |
| 226.  -iShares North American Natural Resources ET | | None | | | Buy | 08/28/19 | J | | |
| 227. | | | | | Sold | 09/05/19 | J | A | |
| 228. | | | | | Buy | 11/13/19 | J | | |
| 229. | | | | | Sold | 12/04/19 | J | | |
| 230.  -iShares Russell 1000 Value ETF | C | Dividend | | | Sold | 01/17/19 | J | | |
| 231. | | | | | Buy | 06/18/19 | J | | |
| 232. | | | | | Sold | 07/19/19 | J | B | |
| 233. | | | | | Buy | 10/10/19 | J | | |
| 234. | | | | | Buy (add'l) | 10/14/19 | J | | |
| 235. | | | | | Sold | 11/15/19 | J | B | |
| 236.  -iShares Russell 3000 ETF | | None | | | Buy | 10/10/19 | J | | |
| 237. | | | | | Buy | 10/14/19 | K | | |
| 238. | | | | | Sold | 11/15/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239.  -ITT, Inc | A | Dividend | J | T | Buy | 07/02/19 | J | | |
| 240. | | | | | Sold | 10/14/19 | J | | |
| 241. | | | | | Buy | 11/15/19 | J | | |
| 242.  -Janus Henderson Short Duration Income ETF | A | Dividend | | | Buy | 12/12/19 | J | | |
| 243.  -Jazz Pharmaceuticals PLC | | | | | Buy | 01/17/19 | J | | |
| 244. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 245. | | | | | Sold | 08/06/19 | J | | |
| 246.  -JP Morgan Chase Co (Common) | A | Dividend | K | T | Buy | 04/30/19 | K | | |
| 247. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 248.  -Kansas City Southern (Common) | A | Dividend | | | Buy | 01/14/19 | J | | |
| 249. | | | | | Sold | 08/28/19 | J | | |
| 250.  -Kennametal Inc (Common) | A | Dividend | | | Buy | 05/08/19 | J | | |
| 251. | | | | | Sold | 06/18/19 | J | | |
| 252. | | | | | Buy | 07/19/19 | J | | |
| 253. | | | | | Sold | 08/28/19 | J | | |
| 254.  -Kimberly Clark Corp (Common) | A | Dividend | K | T | Buy | 04/30/19 | K | | |
| 255. | | | | | Buy (add'l) | 08/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cleland, Robert H.** | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | Sold<br>(part) | 12/26/19 | J | | |
| 257. -Kohls Inc (Common) | A | Dividend | | | Buy<br>(add'l) | 01/17/19 | J | | |
| 258. | | | | | Sold | 06/04/19 | J | | |
| 259. -L3 Technologies Inc (Common) | A | Dividend | | | Buy | 01/17/19 | J | | |
| 260. | | | | | Sold | 04/02/19 | J | | |
| 261. -L3Harris Technologies (Common) | A | Dividend | J | T | Buy | 11/13/19 | J | | |
| 262. -Laboratory Corp of America Holdings (Common) | | None | | | Sold | 01/03/19 | J | | |
| 263. -Lam Research Corp (Common) | A | Dividend | | | Sold | 01/03/19 | J | | |
| 264. -La-Z-Boy Inc (Common) | A | Dividend | | | Buy | 01/14/19 | J | | |
| 265. | | | | | Sold | 08/28/19 | J | | |
| 266. -LCI Industries (Common) | A | Dividend | | | Buy | 01/09/19 | J | | |
| 267. | | | | | Sold | 08/28/19 | J | | |
| 268. -Lincoln National Corp | A | Dividend | J | T | Buy | 07/02/19 | K | | |
| 269. | | | | | Buy<br>(add'l) | 08/28/19 | J | | |
| 270. | | | | | Sold | 10/14/19 | K | | |
| 271. | | | | | Buy | 11/15/19 | J | | |
| 272. -Linde PLC | A | Dividend | J | T | Buy | 08/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273.  -Lockheed Martin Corp (Common) | A | Dividend | K | T | Buy (add'l) | 01/09/19 | J | | |
| 274. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 275.  -Louisiana-Pacific Corp | A | Dividend | | | Buy | 01/14/19 | J | | |
| 276. | | | | | Sold | 08/28/19 | J | | |
| 277.  -LyondellBasell Industries (Common) | A | Dividend | K | T | Buy | 01/03/19 | J | | |
| 278.  -Magna Intl Inc (Common) | A | Dividend | K | T | Buy | 01/14/19 | J | | |
| 279. | | | | | Sold | 08/28/19 | J | | |
| 280. | | | | | Buy | 10/01/19 | J | | |
| 281.  -Maintech Intl Corp (Common) | A | Dividend | | | Buy | 01/14/19 | J | | |
| 282. | | | | | Sold | 04/10/19 | J | | |
| 283.  -Marathon Oil Petroleum Corp (Common) | A | Dividend | | | Buy (add'l) | 01/17/19 | J | | |
| 284. | | | | | Sold | 06/18/19 | J | | |
| 285.  -Marell Technology Group Ltd (Common) | | None | | | Buy | 01/09/19 | J | | |
| 286. | | | | | Sold | 03/18/19 | J | | |
| 287.  -Marsh & McLennan Cos Inc (Common) | A | Dividend | | | Buy | 08/28/19 | J | | |
| 288.  -McCorrmick & Co Inc (Common) | A | Dividend | K | T | Buy | 08/28/19 | J | | |
| 289.  -McDonalds Corp (Common) | A | Dividend | | | Buy | 08/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cleland, Robert H.** | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. | | | | | Sold | 12/26/19 | J | | |
| 291.  -Merck & Co (Common) | A | Dividend | K | T | Buy | 08/06/19 | K | | |
| 292. | | | | | Buy<br>(add'l) | 08/28/19 | J | | |
| 293.  -Microchip Technology Inc (Common) | A | Dividend | K | T | Buy | 01/09/19 | J | | |
| 294. | | | | | Buy<br>(add'l) | 01/17/19 | J | | |
| 295. | | | | | Buy<br>(add'l) | 08/28/19 | J | | |
| 296. | | | | | Sold<br>(part) | 09/04/19 | K | B | |
| 297. | | | | | Sold<br>(part) | 09/05/19 | J | | |
| 298.  -Molson Coors Brewing (Common) | A | Dividend | | | Buy | 08/28/19 | J | | |
| 299. | | | | | Sold | 11/13/19 | J | | |
| 300.  -Morgan Stanley (Common) | D | Dividend | N | T | | | | | |
| 301. | | | | | | | | | |
| 302. | | | | | | | | | |
| 303. | | | | | | | | | |
| 304.  -NASDAQ Inc (Common) | A | Dividend | J | T | Buy | 08/28/19 | J | | |
| 305.  -Nextera Energy Inc (Common) | A | Dividend | K | T | Buy | 08/28/19 | J | | |
| 306.  -Newmont Mining Corp (Common) | A | Dividend | | | Buy<br>(add'l) | 01/03/19 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold | 08/06/19 | P4 | B | |
| 308.  -Northrop Grumman Corp (Common) | A | Dividend | | | Buy (add'l) | 01/09/19 | J | | |
| 309. | | | | | Sold | 04/30/19 | K | B | |
| 310.  -Nucor Corp (Common) | A | Dividend | | | Buy | 03/18/19 | J | | |
| 311. | | | | | Sold | 06/18/19 | J | | |
| 312. | | | | | Buy | 07/18/19 | J | | |
| 313. | | | | | Sold | 08/28/19 | J | | |
| 314.  -NVent (Common) | C | Dividend | M | T | | | | | |
| 315.  -Omnicom Group (Common) | A | Dividend | K | T | Buy (add'l) | 08/28/19 | J | | |
| 316.  -Oshkosh Corp (Common) | A | Dividend | K | T | | | | | |
| 317.  -Oxford Industries Inc (Common) | A | Dividend | | | Sold | 02/13/19 | J | A | |
| 318.  -Paccar Inc (Common) | A | Dividend | J | T | Buy | 01/17/19 | J | | |
| 319. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 320.  -Packaging Corp of America (Common) | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 321.  -Parker-Hannifin Corp (Common) | A | Dividend | K | T | Buy | 01/17/19 | J | | |
| 322. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 323.  -Pentair PLC (Common) | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324. -Phillip 66 (Common) | A | Dividend | K | T | Sold | 01/09/19 | J | | |
| 325. | | | | | Buy | 09/04/19 | K | | |
| 326. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 327. -PIMCO 0-5 Year High Yield Corproate Bond ETF | A | Dividend | | | Buy | 09/11/19 | J | | |
| 328. | | | | | Sold | 10/09/19 | J | | |
| 329. -PIMCO Active Bond ETF | A | Dividend | | | Buy | 09/11/19 | J | | |
| 330. | | | | | Sold (part) | 11/13/19 | J | | |
| 331. | | | | | Sold | 12/12/19 | J | | |
| 332. -PIMCO Investment Grade Corporate Bd ETF | A | Dividend | | | Buy | 08/28/19 | J | | |
| 333. | | | | | Sold (part) | 11/13/19 | J | | |
| 334. -Pinnacle West Cap Corp (Common) | A | Dividend | J | T | | | | | |
| 335. -Prologis Inc (Common) | A | Dividend | | | Sold | 01/03/19 | K | | |
| 336. -ProShares Investment Grade-Interest Rate Hedged ETF | A | Dividend | | | Buy | 08/28/19 | J | | |
| 337. | | | | | Sold | 12/12/19 | J | A | |
| 338. -ProShares DJ Brookfield Global Infrastructure ETF | A | Dividend | J | T | Buy | 12/04/19 | J | | |
| 339. -ProShares Hedge Replication ETF | A | Dividend | J | T | Buy | 08/28/19 | J | | |
| 340. | | | | | Buy (add'l) | 10/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. | | | | | Sold<br>(part) | 11/15/19 | J | A | |
| 342.  -Public Service Enterprise (Common) | A | Dividend | K | T | Buy | 12/03/19 | K | | |
| 343.  -Pulte Group Inc (Common) | A | Dividend | J | T | Buy | 08/28/19 | J | | |
| 344.  -RPC, Inc (Common) | A | Dividend | | | Buy | 04/10/19 | J | | |
| 345. | | | | | Sold | 06/18/19 | J | | |
| 346. | | | | | Buy | 07/19/19 | J | | |
| 347. | | | | | Sold | 08/28/19 | J | | |
| 348.  -Raymond James Financial (Common) | A | Dividend | | | Buy | 01/17/19 | J | | |
| 349. | | | | | Buy<br>(add'l) | 07/19/19 | J | | |
| 350. | | | | | Sold | 10/01/19 | J | | |
| 351.  -Raytheon Co (Common) | A | Dividend | K | T | Buy | 08/06/19 | J | | |
| 352.  -Republic Services Inc (Common) | A | Dividend | J | T | Buy | 08/28/19 | J | | |
| 353.  -Reliance Steel & Aluminum Inc (Common) | A | Dividend | | | Buy | 01/14/19 | J | | |
| 354. | | | | | Sold | 08/28/19 | J | C | |
| 355.  -Rockwell Automation Inc (Common) | A | Dividend | | | Buy | 02/05/19 | J | | |
| 356. | | | | | Sold | 07/02/19 | J | | |
| 357.  -Rollins Inc (Common) | A | Dividend | J | T | Buy | 08/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358.  -Royal Caribbean Cruises Ltd (Common) | A | Dividend | K | T | Buy<br>(add'l) | 08/28/19 | J | | |
| 359.  -Schlumberger LTD (Common) | A | Dividend | | | Buy | 08/28/19 | J | | |
| 360. | | | | | Sold | 10/09/19 | J | | |
| 361.  -Schnitzer Steel Industries Inc (Common) | A | Dividend | | | Buy | 01/14/19 | J | | |
| 362. | | | | | Sold | 08/28/19 | J | A | |
| 363.  -Simon Property Group REIT Inc | A | Dividend | | | Buy<br>(add'l) | 08/28/19 | J | | |
| 364. | | | | | Sold<br>(part) | 10/01/19 | K | | |
| 365. | | | | | Sold | 10/02/19 | J | | |
| 366.  -Skyworks Solutions Inc (Common) | A | Dividend | | | Buy | 04/10/19 | J | | |
| 367. | | | | | Sold | 06/18/19 | J | | |
| 368. | | | | | Buy | 07/19/19 | J | | |
| 369. | | | | | Sold | 08/28/19 | J | | |
| 370.  -SPDR Bloomberg Barclays Short Term<br>High Yield Bond ETF | A | Dividend | J | T | Buy | 10/09/19 | J | | |
| 371. | | | | | Buy<br>(add'l) | 11/13/19 | J | | |
| 372. | | | | | | | | | |
| 373. | | | | | | | | | |
| 374.  -SPDR Dorsey Wright Fixed Income<br>Allocation ETF | A | Dividend | J | T | Buy | 08/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. | | | | | Buy (add'l) | 09/11/19 | J | | |
| 376. -SPDR DoubleLine Total Return Tactical ETF | A | Dividend | | | Buy | 08/28/19 | J | | |
| 377. | | | | | Buy (add'l) | 11/13/19 | J | | |
| 378. | | | | | Sold | 12/12/19 | J | A | |
| 379. -SPDR Dow Jones Industrial Average ETF | B | Dividend | | | Sold | 01/09/19 | L | | |
| 380. | | | | | Buy | 06/18/19 | K | | |
| 381. | | | | | Sold | 07/19/19 | K | A | |
| 382. -SPDR FTSE International Government Inflation-Protected Bond ETF (X) | A | Dividend | J | T | Buy | 08/28/19 | J | | |
| 383. | | | | | Sold | 09/11/19 | J | | |
| 384. | | | | | Buy | 11/13/19 | J | | |
| 385. -SPDR Gold Trust ETF | | None | | | Buy | 08/28/19 | J | | |
| 386. | | | | | Buy (add'l) | 09/11/19 | J | | |
| 387. | | | | | Buy (add'l) | 10/02/19 | J | | |
| 388. | | | | | Sold | 12/04/19 | J | | |
| 389. -SPDR Portfolio Intermediate Term Corp Bd ETF (X) | A | Dividend | J | T | Buy (add'l) | 08/28/19 | J | | |
| 390. | | | | | Sold (part) | 10/09/19 | J | | |
| 391. | | | | | Sold (part) | 11/13/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cleland, Robert H.** | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -SPDR Portfolio Long Term Corp Bd ETF | A | Dividend | J | T | Buy | 09/11/19 | J | | |
| 393. | | | | | Buy (add'l) | 10/09/19 | J | | |
| 394. -SPDR S&P Global Infastructure ETF | | None | | | Buy | 08/28/19 | J | | |
| 395. | | | | | Sold | 09/05/19 | J | A | |
| 396. -SPDR SSGA Multi-Asset Real Return ETF | A | Dividend | J | T | Buy | 12/04/19 | J | | |
| 397. -Steel Dynamics Incs (Common) | A | Dividend | | | Buy | 02/05/19 | J | | |
| 398. | | | | | Sold | 06/18/19 | J | | |
| 399. | | | | | Buy | 07/19/19 | J | | |
| 400. | | | | | Sold | 10/01/19 | J | | |
| 401. -Store Capital Corp (Common) | A | Dividend | J | T | Buy | 10/02/19 | J | | |
| 402. -Synovus Financial Corp (Common) | A | Dividend | K | T | Buy | 10/01/19 | J | | |
| 403. -Sysco Corp (Common) | A | Dividend | J | T | Sold | 01/03/19 | K | B | |
| 404. | | | | | Buy | 08/28/19 | J | | |
| 405. -T-Mobile US Inc (Common) | | None | K | T | | | | | |
| 406. -T Rowe Price Group Inc (Common) | | None | | | Buy | 01/03/19 | J | | |
| 407. | | | | | Sold | 03/05/19 | J | B | |
| 408. -Tapestry Inc (Common) | A | Dividend | | | Buy | 01/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409. | | | | | Sold | 04/30/19 | J | | |
| 410. -TE Connectivity Ltd (Common) | A | Dividend | | | Sold | 03/05/19 | J | C | |
| 411. -Telephone & Data Systems Inc (Common) | A | Dividend | | | Buy | 02/13/19 | J | | |
| 412. | | | | | Sold | 08/14/19 | J | | |
| 413. -Texas Instruments Inc (Common) | A | Dividend | K | T | Buy<br>(add'l) | 08/28/19 | J | | |
| 414. -TJX Co Inc (Common) | A | Dividend | K | T | Buy<br>(add'l) | 08/28/19 | J | | |
| 415. -Tysons Foods Inc (Common) | A | Dividend | K | T | Buy | 01/09/19 | J | | |
| 416. | | | | | Buy<br>(add'l) | 01/17/19 | J | | |
| 417. | | | | | Buy<br>(add'l) | 08/28/19 | J | | |
| 418. | | | | | Sold<br>(part) | 10/10/19 | J | | |
| 419. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |
| 420. -United Technologies Corp (Common) | A | Dividend | K | T | Buy | 03/05/19 | J | | |
| 421. -Universal Health Services (Common) | A | Dividend | J | T | Sold | 02/15/19 | J | | |
| 422. | | | | | Buy | 07/19/19 | J | | |
| 423. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |
| 424. -UNUM Group (Common) | A | Dividend | | | Buy | 01/17/19 | J | | |
| 425. | | | | | Sold | 02/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426.   -Valero Energy Corp (Common) | A | Dividend | | | Buy | 01/17/19 | J | | |
| 427. | | | | | Sold | 04/30/19 | J | A | |
| 428.   -VanEck Vectors Agribusiness ETF | A | Dividend | J | T | Buy | 09/11/19 | J | | |
| 429. | | | | | Sold<br>(part) | 11/13/19 | J | | |
| 430. | | | | | | | | | |
| 431.   -VanEck Vectors Fallen Angel High Yield<br>Bond ETF | A | Dividend | J | T | Buy | 08/28/19 | J | | |
| 432. | | | | | Buy<br>(add'l) | 09/11/19 | J | | |
| 433. | | | | | Sold<br>(part) | 10/10/19 | J | | |
| 434. | | | | | Buy<br>(add'l) | 11/13/19 | J | | |
| 435.   -VanEck Vectors International High Yield<br>Bond ETF | | None | | | Buy | 08/28/19 | J | | |
| 436. | | | | | Sold | 09/11/19 | J | | |
| 437.   -VanEck Vectors Investment Grade Floating<br>Rate ETF | A | Dividend | | | Buy | 10/09/19 | J | | |
| 438. | | | | | Sold | 11/13/19 | J | A | |
| 439.   -Vanguard Emerging Markets Government<br>Index fund ETF | A | Dividend | | | Buy | 08/28/19 | J | | |
| 440. | | | | | Sold | 09/11/19 | J | | |
| 441.   -Vanguard Intermediate-Term Corporate<br>Bond ETF | A | Dividend | J | T | Buy | 08/28/19 | J | | |
| 442. | | | | | Sold<br>(part) | 11/13/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Buy (add'l) | 12/12/19 | J | | |
| 444.  -Vanguard Intermediate-Term Bond ETF | A | Dividend | J | T | Buy | 11/13/19 | J | | |
| 445.  -Vanguard Real Estate (REIT) | A | Dividend | J | T | Buy | 10/02/19 | J | | |
| 446.  -Vanguard Total International Bond ETF | A | Dividend | | | Buy | 12/12/19 | J | | |
| 447. | | | | | Sold | 12/26/19 | J | | |
| 448.  -Varian Medical Systems Inc (Common) | | None | | | Buy | 08/28/19 | J | | |
| 449. | | | | | Sold | 09/11/19 | J | A | |
| 450.  -Verizon Communications (Common) | B | Dividend | K | T | Buy (add'l) | 08/28/19 | J | | |
| 451.  -Walgreens Boots Alliance Inc (Common) | A | Dividend | K | T | Buy | 03/05/19 | K | | |
| 452. | | | | | Sold | 06/18/19 | K | | |
| 453. | | | | | Buy | 07/19/19 | J | | |
| 454. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 455. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 456.  -Walmart Stores Inc (Common) | A | Dividend | J | T | Sold | 04/30/19 | J | C | |
| 457. | | | | | Buy | 08/28/19 | J | | |
| 458.  -Walt Disney Co (Common) | A | Dividend | | | Sold | 01/03/19 | J | | |
| 459.  -Waste Management Inc (Common) | A | Dividend | | | Buy | 08/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold | 12/26/19 | J | | |
| 461.  -WEC Energy Group Inc (Common) | A | Dividend | | | Sold | 02/05/19 | J | | |
| 462.  -Wellcare Health Plans Inc (Common) | | None | K | T | | | | | |
| 463. | | | | | | | | | |
| 464. | | | | | | | | | |
| 465.  -Wells Fargo Sweep Account | A | Interest | K | T | | | | | |
| 466.  -WEX Inc (Common) | | None | K | T | | | | | |
| 467.  -Williams Sonoma Inc (Common) | A | Dividend | J | T | Sold | 02/15/19 | J | A | |
| 468. | | | | | Buy | 07/19/19 | J | | |
| 469.  -Willis Towers Watson Public Ltd Co (Common) | A | Dividend | K | T | Buy | 04/30/19 | J | | |
| 470.  -WP Carey Inc (Common) | A | Dividend | J | T | Buy | 06/04/19 | J | | |
| 471. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 472. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 473.  -Wynn Resorts Ltd (Common) | A | Dividend | K | T | Buy | 01/03/19 | K | | |
| 474. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 475.  -Yum! Brands (Common) | A | Dividend | | | Sold | 07/02/19 | J | | |
| 476. | | | | | Buy | 09/11/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 477. | | | | | Sold | 12/26/19 | J | | |
| 478.  S2 (H) | | | | | | | | | |
| 479.  -Albemarle Corp (Common) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 480.  -Allstate Colrp (Common) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 481.  -American Express Co (Common) | A | Dividend | | | Buy | 08/14/19 | J | | |
| 482. | | | | | Sold | 10/10/19 | J | | |
| 483.  -AQR Small Cap Multi-Style Fund | D | Dividend | K | T | | | | | |
| 484.  -Best Buy Co Inc (Common) | A | Dividend | J | T | Buy | 10/01/19 | J | | |
| 485.  -Cisco Systems Inc (Common) | A | Dividend | | | Buy | 08/14/19 | J | | |
| 486. | | | | | Sold | 10/10/19 | J | | |
| 487.  -Crane Co (Common) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 488.  -CVS Health Corp (Common) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 489.  -DFA US Large Cap Growth Fund | B | Dividend | M | T | | | | | |
| 490.  -DFA US Large Cap Value Fund | C | Dividend | M | T | | | | | |
| 491.  -DFA US Vector Equity Fund | A | Dividend | K | T | | | | | |
| 492.  -Discover Financial (Common) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 493.  -Dominion Energy Inc (Common) | A | Dividend | J | T | Buy | 08/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. -DTE Energy Co (Common) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 495. -Eversource Energy (Common) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 496. -General Motors Co (Common) | A | Dividend | | | Buy | 08/14/19 | J | | |
| 497. | | | | | Sold | 08/27/19 | J | | |
| 498. -Hennessy Cornerstone Mid Cap 30 Fund ETF | D | Dividend | | | Sold | 08/14/19 | K | D | |
| 499. -Hollyfrontier Corp (Common) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 500. -Ingresoll-Rand PLC (Common) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 501. -Internatinal Businesss Machines Corp (Common) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 502. -iShares Russell 3000 ETF (Common) | A | Dividend | K | T | Buy | 10/14/19 | K | | |
| 503. -Johnson & Johnson (Common) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 504. -JP Morgan Chase Co (Common) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 505. -Kellogg Co (Common) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 506. -Kimberly-Clark Corp (Common) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 507. -Lockheed Martin Corp (Common) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 508. -McCormick & Co Inc (Common) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 509. -Merck & Co Inc (Common) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 510. -Microchip Technology Inc (Common) | A | Dividend | | | Buy | 08/14/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 511. | | | | | Sold | 09/04/19 | J | | |
| 512.  -Nextera Energy Inc (Common) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 513.  -Nordson Corp (Common) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 514.  -Omnicom Group (Common) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 515.  -Parker-Hannifin Corp (Common) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 516.  -Phillips 66 (Common) | A | Dividend | J | T | Buy | 09/04/19 | J | | |
| 517.  -Public Svc Enterprise Grouop Inc<br>(Common) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 518.  -Simon Property Group (Common) | A | Dividend | | | Buy | 08/14/19 | J | | |
| 519. | | | | | Sold | 10/01/19 | J | A | |
| 520.  -Target Corp (Common) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 521.  -TJX Cos Inc (Common) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 522.  -Tyson Foods Inc (Common) | A | Dividend | | | Buy | 08/14/19 | J | | |
| 523. | | | | | Sold | 10/10/19 | J | | |
| 524.  -United Technologies Corp (Common) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 525.  -UnitedHealth Group (Common) | A | Dividend | | | Buy | 08/14/19 | J | | |
| 526. | | | | | Sold | 10/10/19 | J | | |
| 527.  -Verizon Communications (Common) | A | Dividend | J | T | Buy | 08/14/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cleland, Robert H.** | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 528.  -Walgreens Boots Alliance Inc (Common) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 529.  -Wells Fargo Sweep Account | A | Interest | J | T | | | | | |
| 530.  IRA 1 (H) | | | | | | | | | |
| 531.  -AAR Corp (Common) | A | Dividend | J | T | Buy | 01/03/19 | J | | |
| 532. | | | | | Sold | 06/18/19 | J | | |
| 533. | | | | | Buy<br>(add'l) | 07/19/19 | J | | |
| 534. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |
| 535.  -Adobe Systems Inc (Common) | | None | | | Sold | 01/03/19 | J | B | |
| 536.  -Adtalem Global Ed Inc (Common) | | None | J | T | Sold<br>(part) | 10/11/19 | J | A | |
| 537. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |
| 538.  -Air Products & Chemicals Inc (Common) | A | Dividend | K | T | Buy | 01/09/19 | J | | |
| 539.  -Alexandria Real Estate Equities, Inc.(REIT) | A | Dividend | J | T | Buy | 03/18/19 | J | | |
| 540. | | | | | Buy<br>(add'l) | 07/19/19 | J | | |
| 541. | | | | | Sold<br>(part) | 10/11/19 | J | A | |
| 542. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |
| 543.  -Albaba Group Holding (Common) | | None | J | T | Buy | 09/04/19 | J | | |
| 544.  -Allegion Inc (Common) | A | Dividend | | | Sold | 04/02/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. -American Water Works (Common) | A | Dividend | K | T | | | | | |
| 546. -Amtek Inc (Common) | A | Dividend | J | T | Buy | 04/30/19 | J | | |
| 547. -Anthem Inc (Common) | A | Dividend | J | T | | | | | |
| 548. -AO Smith (Common) | | None | | | Buy | 01/09/19 | J | | |
| 549. | | | | | Sold | 06/12/19 | J | | |
| 550. -Apogee Enterprises Inc (Common) | A | Dividend | J | T | Sold | 06/18/19 | J | | |
| 551. | | | | | Buy | 07/19/19 | J | | |
| 552. | | | | | Sold | 10/14/19 | J | | |
| 553. | | | | | Buy | 11/15/19 | J | | |
| 554. -Arch Coal Inc (Common) | A | Dividend | J | T | Buy | 07/09/19 | J | | |
| 555. | | | | | Sold | 10/10/19 | J | | |
| 556. | | | | | Buy | 11/15/19 | J | | |
| 557. | | | | | | | | | |
| 558. -Arlo Technologies Inc (Common) | | None | | | Spinoff (from line 692) | 01/02/19 | J | | |
| 559. | | | | | Sold | 06/18/19 | J | | |
| 560. -Artisan Partners Asset Management Inc (Common) | A | Dividend | J | T | Buy | 08/06/19 | J | | |
| 561. | | | | | Sold | 10/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cleland, Robert H.** | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 562. | | | | | | Buy | 11/15/19 | J | | |
| 563. | -Asbury Automotive Group (Common) | | None | J | W | Buy | 04/30/19 | J | | |
| 564. | -AT&T Inc (Common) | A | Dividend | J | T | Buy | 07/19/19 | J | | |
| 565. | -Barnes Group Inc (Common) | A | Dividend | J | T | Sold | 10/11/19 | J | | |
| 566. | | | | | | Buy | 11/15/19 | J | | |
| 567. | -Big Lots Inc (Common) | A | Dividend | | | Sold | 02/05/19 | J | | |
| 568. | -Biogen Inc (Common) | | None | J | T | Buy | 07/19/19 | J | | |
| 569. | -Brady Corp (Common) | A | Dividend | J | T | | | | | |
| 570. | -Bristol Myers (Common) formerly Celgene Corp (X) | A | Dividend | J | T | Open | 11/21/19 | J | | |
| 571. | -Broadcom Inc (Common) | A | Dividend | | | Buy | 04/02/19 | J | | |
| 572. | | | | | | Sold | 06/17/19 | J | | |
| 573. | | | | | | Buy | 07/19/19 | J | | |
| 574. | | | | | | Sold | 09/04/19 | J | | |
| 575. | -Cal-Maine Foods Inc (Common) | A | Dividend | J | T | Sold | 06/18/19 | J | | |
| 576. | | | | | | Buy | 07/19/19 | J | | |
| 577. | | | | | | Buy<br>(add'l) | 11/15/19 | J | | |
| 578. | -Callon Petroleum Co (Common) | | None | | | Sold | 03/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cleland, Robert H.** | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579.  -Carlisle Cos Inc (Common) | A | Dividend | J | T | Buy | 09/04/19 | J | | |
| 580.  -CBOE Global Markets Inc (Common) | A | Dividend | J | T | Buy | 10/09/19 | J | | |
| 581. | | | | V | Buy (add'l) | 11/15/19 | J | | |
| 582.  -Celgene Corp (Common) | | None | | | Buy | 07/02/19 | J | | |
| 583. | | | | | Merged (with line 570) | 11/21/19 | J | | |
| 584.  -Centene Corp (Common) | | None | | | Sold | 04/30/19 | J | B | |
| 585.  -Cheesecake Factory Inc (Common) | A | Dividend | J | T | Sold | 06/18/19 | J | | |
| 586. | | | | | Buy | 07/19/19 | J | | |
| 587. | | | | | Sold | 10/10/19 | J | B | |
| 588. | | | | | Buy | 11/15/19 | J | | |
| 589.  -Chemed Corp (Common) | A | Dividend | J | T | | | | | |
| 590.  -Children's Place Inc (Common) | A | Dividend | | | Sold | 02/05/19 | J | | |
| 591.  -Ciena Corp (Common) | | None | J | T | Buy | 10/01/19 | J | | |
| 592.  -Cigna Corp (Common) | | None | | | Sold | 04/02/19 | J | | |
| 593.  -Cirrus Logic Inc (Common) | | None | K | T | Buy | 02/05/19 | J | | |
| 594.  -Citrix Systems Inc (Common) | A | Dividend | K | T | Buy | 06/12/19 | J | | |
| 595.  -CME Group Inc (Common) | A | Dividend | K | T | Buy | 02/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 596.  -Coca Cola Co (Common) | A | Dividend | K | T | Buy | 11/13/19 | J | | |
| 597.  -Comerica Inc (Common) | A | Dividend | | | Sold | 04/30/19 | J | | |
| 598.  -Constellation Brands Inc (Common) | A | Dividend | | | Sold | 05/08/19 | J | | |
| 599.  -Cooper Standard Holdings Inc (Common) | | None | | | Sold | 01/03/19 | J | | |
| 600.  -Corcept Therapeutic Inc (Common) | | None | | | Sold | 02/05/19 | J | | |
| 601.  -Crown Castle International Corp (Common) | A | Dividend | K | T | Buy | 03/18/19 | J | | |
| 602.  -Darden Restaurants (Common) | A | Dividend | J | T | Buy | 07/10/19 | K | | |
| 603. | | | | | Sold | 10/10/19 | J | | |
| 604. | | | | | Buy | 11/15/19 | J | | |
| 605.  -Dave & Busters Entrtainment Inc (Common) | | None | | | Sold | 06/18/19 | J | | |
| 606. | | | | | Buy | 07/19/19 | J | | |
| 607. | | | | | Sold | 08/06/19 | J | | |
| 608.  -Deluxe Corp (Common) | A | Dividend | J | T | Buy | 10/01/19 | J | | |
| 609. | | | | | Sold | 10/10/19 | J | | |
| 610. | | | | | Buy | 11/15/19 | J | | |
| 611.  -Designer Brands Inc fka DSW Inc (Common) | A | Dividend | | | Open | 04/02/19 | J | | |
| 612. | | | | | Sold | 11/15/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. - DR Horton Inc (Common) | A | Dividend | J | T | Buy | 10/09/19 | J | | |
| 614. | | | | | Sold (part) | 10/21/19 | J | A | |
| 615. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 616. -Dril-Quip Inc (Common) | | None | | | Sold | 08/06/19 | J | A | |
| 617. -DSW Inc (Common) changed name to Designer Brands | A | Dividend | | | Closed | 04/02/19 | J | | |
| 618. -E-Trade Financial Corp (Common) | | None | | | Buy | 04/30/19 | J | | |
| 619. | | | | | Sold | 06/18/19 | J | | |
| 620. | | | | | Buy | 07/19/19 | J | | |
| 621. | | | | | Sold | 10/01/19 | J | | |
| 622. -Electronics for Imaging Inc (Common) | | None | | | Sold | 04/15/19 | J | A | |
| 623. -Energizer Holdings Inc (Common) | A | Dividend | J | T | Buy | 08/06/19 | J | | |
| 624. -Enersys Inc (Common) | A | Dividend | J | T | Sold | 06/18/19 | J | | |
| 625. | | | | | Buy | 07/19/19 | J | | |
| 626. | | | | | Sold | 10/10/19 | J | | |
| 627. | | | | | Buy | 11/15/19 | J | | |
| 628. -Facebook Inc (Common) | | None | | | Sold | 07/02/19 | J | B | |
| 629. -Fidelity National Information Services (Common) | | None | | | Sold | 02/13/19 | K | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 630. -Fiserv Inc (Common) | | None | | | Sold | 05/08/19 | K | C | |
| 631. -Fortinet Inc (Common) | | None | J | T | | | | | |
| 632. -Fox Corp (Common) | | None | | | Spinoff<br>(from line 747) | 03/19/19 | J | | |
| 633. | | | | | Sold | 04/10/19 | J | | |
| 634. -Garmin LTD (Common) | A | Dividend | | | Sold | 07/10/19 | K | C | |
| 635. -Globus Medical Inc (Common) | | None | K | T | | | | | |
| 636. -Harris Corp (Common) | | | | | Buy<br>(add'l) | 02/05/19 | J | | |
| 637. | | | | | Sold<br>(part) | 02/13/19 | K | C | |
| 638. | | | | | Closed | 07/01/19 | J | | |
| 639. -Hartford Financial Services Group Inc<br>(Common) | A | Dividend | K | T | Buy | 08/14/19 | K | | |
| 640. -Hawaiian Holdings Inc (Common) | A | Dividend | | | Sold | 03/05/19 | J | | |
| 641. -Helix Energy Solutions Group (Common) | | None | J | T | Buy<br>(add'l) | 07/19/19 | J | | |
| 642. -Honeywell International Inc (Common) | A | Dividend | J | T | | | | | |
| 643. -Humana Inc (Common) | A | Dividend | | | Sold | 08/14/19 | K | A | |
| 644. -Ingersoll-Rand PLC (Common) | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 645. -Innospec Inc (Common) | A | Dividend | J | T | | | | | |
| 646. -Intercontinential Exchange Inc (Common) | A | Dividend | K | T | Buy | 05/08/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 647.  -Intuit Inc (Common) | A | Dividend | J | T | | | | | |
| 648.  -Invesco Ltd (Common) | A | Dividend | | | Buy | 04/10/19 | K | | |
| 649. | | | | | Sold | 08/14/19 | J | | |
| 650.  -Invesco TR II S&P 500 Low Volatility ETF | A | Dividend | | | Buy<br>(add'l) | 01/09/19 | J | | |
| 651. | | | | | Sold<br>(part) | 03/18/19 | J | A | |
| 652. | | | | | Sold<br>(part) | 04/10/19 | J | A | |
| 653. | | | | | Buy<br>(add'l) | 05/08/19 | K | | |
| 654. | | | | | Sold<br>(part) | 10/09/19 | K | B | |
| 655. | | | | | Sold<br>(part) | 10/11/19 | J | A | |
| 656. | | | | | Sold | 11/13/19 | J | A | |
| 657.  -iShares Edge MSCI Min Vol USA ETF | | None | | | Buy | 06/18/19 | J | | |
| 658. | | | | | Sold | 07/19/19 | J | A | |
| 659. | | | | | Buy | 10/10/19 | K | | |
| 660. | | | | | Sold<br>(part) | 10/21/19 | J | A | |
| 661. | | | | | Sold | 11/13/19 | K | A | |
| 662.  -iShares Russell 2000 Value ETF | | None | | | Buy | 06/08/19 | L | | |
| 663. | | | | | Sold | 07/19/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 664. | | | | | Buy | 10/10/19 | K | | |
| 665. | | | | | Buy (add'l) | 10/14/19 | J | | |
| 666. | | | | | Sold | 11/15/19 | K | | |
| 667.  -L3Harris Technologies Inc (Common) (X) | A | Dividend | K | T | Open | 07/01/19 | J | | |
| 668. | | | | | Buy (add'l) | 11/13/19 | J | | |
| 669. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 670.  -Lancaster Colony Corp (Common) | A | Dividend | J | T | Sold | 10/10/19 | J | | |
| 671. | | | | | Buy | 11/15/19 | J | | |
| 672.  -Lauder Estee Cos Inc (Common) | | None | | | Sold | 02/13/19 | J | B | |
| 673.  -LHC Group LLC (Common) | | None | K | T | | | | | |
| 674.  -Lincoln National Corp (Common) | A | Dividend | | | Buy | 04/30/19 | J | | |
| 675. | | | | | Sold | 09/04/19 | J | | |
| 676.  -Linde PLC (Common) | A | Dividend | K | T | Buy | 04/10/19 | J | | |
| 677.  -Lithia Motors Inc (Common) | A | Dividend | J | T | | | | | |
| 678.  -Marsh & McLennan Cos Inc (Common) | A | Dividend | J | T | | | | | |
| 679.  -Masimo Corp (Common) | | None | K | T | | | | | |
| 680.  -Mastercard Inc (Common) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 681.  -McDonalds Corp (Common) | A | Dividend | K | T | | | | | |
| 682.  -Meritage Homes Corp (Common) | | None | J | T | Buy | 02/05/19 | J | | |
| 683.  -Methode Electronics Inc (Cmmon) | A | Dividend | | | Sold | 01/03/19 | J | | |
| 684.  -MKS Instruments Inc (Common) | A | Dividend | | | Sold | 06/04/19 | J | B | |
| 685.  -Molina Healthcare Inc (Common) | | None | J | T | Buy | 03/05/19 | J | | |
| 686.  -Molson Coors Brewing (Common) | A | Dividend | | | Buy | 02/13/19 | J | | |
| 687. | | | | | Sold | 10/10/19 | J | | |
| 688.  -Motorola Solutions Inc (Common) | A | Dividend | | | Sold | 03/18/19 | K | C | |
| 689.  -Murphy USA Inc (Common) | | None | J | T | Buy<br>(add'l) | 07/19/19 | J | | |
| 690. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |
| 691.  -NASDAQ Inc (Common) | A | Dividend | K | T | | | | | |
| 692.  -Netgear Inc (Common) | | None | | | Sold | 06/18/19 | J | | |
| 693.  -Newmont Mining Corp (Common) | A | Dividend | | | Sold | 02/13/19 | J | | |
| 694.  -Nextera Energy Inc (Common) | A | Dividend | K | T | | | | | |
| 695.  -Northrop Grumman Corp (Common) | | | | | Sold | 01/09/19 | J | | |
| 696.  -Oxford Industries Inc (Common) | A | Dividend | J | T | Buy | 07/19/19 | J | | |
| 697. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698.  -Parker-Hannifin Corp (Common) | A | Dividend | J | T | | | | | |
| 699.  -Plexus Corp (Common) | | None | J | T | Buy | 04/02/19 | J | | |
| 700. | | | | | Sold | 06/18/19 | J | | |
| 701. | | | | | Buy | 07/19/19 | J | | |
| 702. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 703.  -Propetro Holding Corp (Common) | | None | J | T | Buy (add'l) | 07/19/19 | J | | |
| 704. | | | | | Sold | 10/10/19 | J | | |
| 705. | | | | | Buy | 11/15/19 | J | | |
| 706.  -Pulte Group Inc (Common) | A | Dividend | K | T | Buy | 01/09/19 | J | | |
| 707.  -Quest Diagnostics Inc (Common) | | None | | | Sold | 03/18/19 | J | | |
| 708.  -Raytheon Co (Common) | | | | | Sold | 01/09/19 | J | A | |
| 709.  -Red Hat Inc (Common) | | None | | | Buy | 07/02/19 | J | | |
| 710. | | | | | Sold | 07/10/19 | J | A | |
| 711.  -Reinsurance Group of America Inc (Common) | A | Dividend | | | Sold | 07/02/19 | J | A | |
| 712.  -Republic Services Inc (Common) | A | Dividend | K | T | Buy (add'l) | 09/04/19 | J | | |
| 713.  -Rex American Resources Corp (Common) | | None | J | T | Buy (add'l) | 07/19/19 | J | | |
| 714. | | | | | Sold | 10/10/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Buy | 11/15/19 | J | | |
| 716. -Rollins Inc (Common) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 717. | | | | | Sold (part) | 11/15/19 | J | A | |
| 718. -Roper Technologies (Common) | A | Dividend | J | T | | | | | |
| 719. -Sanmina Corp (Common) | | None | J | T | Buy | 04/02/19 | J | | |
| 720. -Schluumerger Ltd (Common) | | None | | | Buy | 03/18/19 | J | | |
| 721. | | | | | Sold | 06/18/19 | J | | |
| 722. | | | | | Buy | 07/19/19 | J | | |
| 723. | | | | | Sold | 10/09/19 | J | | |
| 724. -Schweitzer-Mauduit International Inc (Common) | A | Dividend | J | T | Sold | 06/18/19 | J | | |
| 725. | | | | | Buy | 07/19/19 | J | | |
| 726. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 727. -Silicon Laboratories Inc (Common) | | None | | | Sold | 04/02/19 | J | B | |
| 728. -Skywest Inc (Common) | A | Dividend | J | T | Buy | 09/04/19 | J | | |
| 729. -Solaredge Technologies Inc (Common) | | None | K | T | | | | | |
| 730. -SPDR S&P 500 Trust ETF | | None | | | Buy | 06/18/19 | J | | |
| 731. | | | | | Sold | 07/19/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732.  -Sturm Ruger & Co Inc (Common) | A | Dividend | | | Sold | 08/06/19 | J | | |
| 733.  -Suntrust Banks Inc (Common) | A | Dividend | | | Sold | 03/05/19 | J | | |
| 734.  -Supernus Phrmaceuticals Inc (Common) | | None | | | Sold | 04/02/19 | J | | |
| 735.  -Synnex Corp (Common) | A | Dividend | | | Buy (add'l) | 07/19/19 | J | | |
| 736. | | | | | Sold | 09/04/19 | J | | |
| 737.  -Sysco Corp (Common) | A | Dividend | K | T | | | | | |
| 738.  -T-Mobile US Inc (Common) | | None | J | T | Buy (add'l) | 07/19/19 | J | | |
| 739.  -TD Ameritrade Holding Corp (Common) | A | Dividend | | | Buy | 02/05/19 | J | | |
| 740. | | | | | Sold | 06/18/19 | J | | |
| 741.  -TE Connectivity Inc (Common) | A | Dividend | | | Sold | 02/05/19 | J | A | |
| 742.  -Tech Data Corp (Common) | | None | J | T | Buy | 01/03/19 | J | | |
| 743.  -Tenneco Inc (Common) | | None | | | Buy | 03/05/19 | J | | |
| 744. | | | | | Sold | 04/20/19 | J | | |
| 745.  -Tetra Tech Inc (Common) | A | Dividend | K | T | | | | | |
| 746.  -Topbuild Corp (Common) | | None | K | T | Buy | 01/03/19 | J | | |
| 747.  -Twenty-First Century (Common) | | None | | | Buy | 02/13/19 | J | | |
| 748. | | | | | Merged (with line 766) | 03/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 749.  -Ultimate Software Group (Common) | | None | | | Sold | 02/05/19 | J | A | |
| 750.  -Unifirst Corp (Common) | A | Dividend | J | T | | | | | |
| 751.  -United Technologies Corp (Common) | A | Dividend | J | T | Sold | 01/03/19 | J | | |
| 752. | | | | | Buy | 07/19/19 | K | | |
| 753.  -UnitedHealth Group Inc (Common) | A | Dividend | K | T | | | | | |
| 754.  -Universal Forest Products Inc (Common) | A | Dividend | J | T | | | | | |
| 755.  -Universal Health Srvcs Inc (Common) | A | Dividend | | | Sold | 03/05/19 | J | A | |
| 756.  -Valmont Industres Inc (Common) | A | Dividend | J | T | Buy | 04/30/19 | J | | |
| 757. | | | | | Sold | 06/18/19 | J | | |
| 758. | | | | | Buy | 07/19/19 | J | | |
| 759. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |
| 760.  -Varian Medical Systems Inc (Common) | | None | | | Sold | 09/11/19 | J | | |
| 761.  -Verizon Communictions Inc (Common) | A | Dividend | J | T | | | | | |
| 762.  -Walgreens Boots Alliance Inc (Common) | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 763.  -Walmart Inc (Common) | A | Dividend | J | T | Buy | 02/13/19 | J | | |
| 764. | | | | | Buy<br>(add'l) | 07/19/19 | J | | |
| 765. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. -Walt Disney Co fka Twenty-First Century (Common) (X) | | None | | | Open | 03/20/19 | J | | |
| 767. | | | | | Sold | 04/10/19 | J | | |
| 768. -Washington Fed Inc (Common) | A | Dividend | J | T | | | | | |
| 769. -Waste Management Inc (Common) | A | Dividend | K | T | Buy (add'l) | 01/09/19 | J | | |
| 770. -Wellcare Health Plans Inc (Common) | | None | | | Sold | 04/30/19 | J | C | |
| 771. -Wells Fargo Sweep Acct | A | Interest | L | T | | | | | |
| 772. -Werner Enterprises Inc (Common) | A | Dividend | J | T | Buy | 08/06/19 | J | | |
| 773. | | | | | Sold (part) | 10/11/19 | J | A | |
| 774. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 775. -Winnebago Industries (Common) | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 776. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 777. -Wintrust Financial Corp (Common) | A | Dividend | | | Sold | 04/02/19 | J | | |
| 778. -World Fuel Service Corp (Common) | A | Dividend | J | T | Buy | 06/04/19 | J | | |
| 779. -Yum! Brands Inc (Common) | A | Dividend | K | T | Buy (add'l) | 09/11/19 | K | | |
| 780. -Zebra Technologies Corp (Common) | | None | J | T | | | | | |
| 781. -Zoetis Inc (Common) | A | Dividend | J | T | | | | | |
| 782. IRA 2 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 783.  -Aleandria Real Estate Equities Inc (REIT) | A | Dividend | J | T | Buy | 08/09/19 | J | | |
| 784.  -Alphabet Inc (Common) | | None | J | T | Buy | 09/04/19 | J | | |
| 785.  -Ansys Inc (Common) | | None | J | T | Buy | 08/09/19 | J | | |
| 786.  -Anthem Inc (Common) | | None | | | Buy | 08/09/19 | J | | |
| 787. | | | | | Sold | 09/04/19 | J | | |
| 788.  -Arch Cap Group Ltd (Common) | | None | J | T | Buy | 08/09/19 | J | | |
| 789.  -Atmos Energy Corp (Common) | A | Dividend | J | T | Buy | 08/09/19 | J | | |
| 790.  Burlington Stores Inc (Common) | | None | J | T | Buy | 08/09/19 | J | | |
| 791.  -Celanese Corp (Common) | A | Dividend | J | T | Buy | 08/09/19 | J | | |
| 792.  -Chemed Corp (Common) | A | Dividend | J | T | Buy | 08/09/19 | J | | |
| 793.  -Columbia Sportswear Co (Common) | H2 | Dividend | J | T | Buy | 10/01/19 | J | | |
| 794.  -Comerica Inc (Common) | | None | | | Buy | 08/09/19 | J | | |
| 795. | | | | | Sold | 09/04/19 | J | | |
| 796.  -Domino's Pizza Inc (Common) | A | Dividend | J | T | Buy | 08/09/19 | J | | |
| 797.  -Edwards Lifescience Corp (Common) | | None | J | T | Buy | 08/09/19 | J | | |
| 798.  -Exelixis Inc (Common) | | None | | | Buy | 08/09/19 | J | | |
| 799. | | | | | Sold | 09/04/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 800.  First American Financial Corp (Common) | A | Dividend | J | T | Buy | 08/09/19 | J | | |
| 801.  -Fleetcor Technologies Inc (Common) | | None | J | T | Buy | 08/09/19 | J | | |
| 802.  -FMC Corp (Common) | A | Dividend | J | T | Buy | 08/09/19 | J | | |
| 803. | | | | | Sold | 10/10/19 | J | | |
| 804. | | | | | Buy | 11/15/19 | J | | |
| 805.  -Hartford Financial Services Group Inc (Common) | A | Dividend | J | T | Buy | 09/04/19 | J | | |
| 806. | | | | | Buy | 11/15/19 | J | | |
| 807.  -Home Depot Inc (Common) | A | Dividend | J | T | Buy | 08/09/19 | J | | |
| 808.  -Invesco S&P 500 Equal Weight ETF | B | Dividend | | | Sold | 08/09/19 | L | E | |
| 809.  -JP Morgan Chase & Co (Common) | A | Dividend | J | T | Buy | 08/09/19 | J | | |
| 810.  -Keysight Techs Inc (Common) | | None | J | T | Buy | 08/09/19 | J | | |
| 811.  -Kirby Corp (Common) | | None | J | T | Buy | 08/09/19 | J | | |
| 812.  -Lennox International (Common) | A | Dividend | J | T | Buy | 08/09/19 | J | | |
| 813. | | | | | Sold | 10/10/19 | J | | |
| 814. | | | | | Buy | 11/15/19 | J | | |
| 815.  -LPL Financial Holdings (Common) | A | Dividend | J | T | Buy | 08/09/19 | J | | |
| 816.  -Marriott International Inc (Common) | A | Dividend | J | T | Buy | 08/09/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cleland, Robert H.** | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 817. | | | | | Sold | 10/10/19 | J | | |
| 818. | | | | | Buy | 11/15/19 | J | | |
| 819.  -Mastec Inc (Common) | | None | J | T | Buy | 08/09/19 | J | | |
| 820.  -Molina Healthcare Inc (Common) | | None | J | T | Buy | 08/09/19 | J | | |
| 821. | | | | | Sold<br>(part) | 10/10/19 | J | | |
| 822.  -Nektar Therapeutics (Common) | | None | J | T | Buy | 11/15/19 | J | | |
| 823. | | | | | Sold<br>(part) | 10/10/19 | J | | |
| 824.  -Norfolk Southern Corp (Common) | | None | | | Buy | 08/09/19 | J | | |
| 825. | | | | | Sold | 10/01/19 | J | | |
| 826.  -Northrop Grunman Corp (Common) | A | Dividend | J | T | Buy | 08/09/19 | J | | |
| 827.  -NVR Inc (Common) | | None | J | T | Buy | 08/09/19 | J | | |
| 828.  -Popular Inc (Common) | A | Dividend | J | T | Buy | 08/09/19 | J | | |
| 829.  -Roper Technologies Inc | A | Dividend | J | T | Buy | 08/09/19 | J | | |
| 830.  -Ross Stores Inc (Common) | A | Dividend | J | T | Buy | 08/09/19 | J | | |
| 831.  -Service Corp International (Common) | A | Dividend | J | T | Buy | 08/09/19 | J | | |
| 832.  -SPDR S&P 500 Trust ETF | | None | | | Buy | 10/10/19 | J | | |
| 833. | | | | | Sold | 11/15/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 834. -Stryker Corp (Common) | A | Dividend | J | T | Buy | 08/09/19 | J | | |
| 835. -SVB Financila Corp (Common) | | None | J | T | Buy | 08/09/19 | J | | |
| 836. -T-Mobile US Inc (Common) | | None | J | T | Buy | 08/09/19 | J | | |
| 837. -Tech Data Corp (Common) | | None | J | T | Buy | 08/09/19 | J | | |
| 838. -TJX Cos Inc (Common) | A | Dividend | J | T | Buy | 08/09/19 | J | | |
| 839. -Waste Management Inc (Common) | A | Dividend | J | T | Buy | 08/09/19 | J | | |
| 840. -Wells Fargo Sweep Acct | A | Interest | J | T | | | | | |
| 841. -Zebra Technologies Corp (Common) | | None | J | T | Buy | 11/15/19 | J | | |
| 842. | | | | | Sold<br>(part) | 10/10/19 | J | | |
| 843. FR 1 (H) | | | | | | | | | |
| 844. -Abbvie Inc (Common) | A | Dividend | | | Sold<br>(part) | 02/05/19 | J | A | |
| 845. | | | | | Sold | 02/06/19 | J | B | |
| 846. -Aberdeen Standard Gold ETF | | None | | | Buy | 10/02/19 | J | | |
| 847. | | | | | Sold | 11/13/19 | J | | |
| 848. -Aberdeen Standard Physical Precious<br>Metals Basket Shares ETF | | None | | | Buy | 08/28/19 | J | | |
| 849. | | | | | Sold<br>(part) | 09/05/19 | J | A | |
| 850. | | | | | Sold | 09/11/19 | J | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. -Aberdeen Standard Physical Silver Shares ETF | | None | | | Buy | 08/28/19 | J | | |
| 852. | | | | | Sold | 10/02/19 | J | | |
| 853. -Adobe Systems Inc (Common) | | None | | | Sold | 01/03/19 | J | C | |
| 854. -AES Corp (Common) | A | Dividend | | | Buy (add'l) | 01/09/19 | K | | |
| 855. | | | | | Sold (part) | 08/28/19 | J | | |
| 856. | | | | | Sold (part) | 09/09/19 | K | | |
| 857. | | | | | Sold | 09/11/19 | J | A | |
| 858. -AFLAC Inc (Common) | A | Dividend | K | T | Sold (part) | 05/16/19 | J | B | |
| 859. | | | | | Sold | 08/28/19 | J | A | |
| 860. | | | | | Buy | 11/15/19 | J | | |
| 861. -Air Products & Chemicals Inc (Common) | A | Dividend | | | Buy | 08/28/19 | J | | |
| 862. | | | | | Sold | 10/10/19 | J | | |
| 863. | | | | | Buy | 11/15/19 | J | | |
| 864. | | | | | Sold | 12/26/19 | J | | |
| 865. -Albemarle Corp (Common) | A | Dividend | K | T | Buy | 08/06/19 | K | | |
| 866. -Alexandria Real Estate Equities, Inc.(REIT) | A | Dividend | J | T | Buy | 08/28/19 | J | | |
| 867. | | | | | Sold (part) | 10/02/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868.  -Allegoin PLC (Common) | A | Dividend | | | Sold | 04/02/19 | J | A | |
| 869.  -Allstate Corp (Common) | A | Dividend | K | T | Buy | 01/09/19 | J | | |
| 870. | | | | | Buy (add'l) | 07/09/19 | J | | |
| 871. | | | | | Sold (part) | 08/28/19 | J | A | |
| 872.  -Alphabet Inc (Common) | | None | K | T | | | | | |
| 873.  -American Express Co (Common) | A | Dividend | K | T | Sold (part) | 08/28/19 | J | A | |
| 874.  -American Tower Corp (Common) | A | Dividend | K | T | Buy (add'l) | 01/09/19 | J | | |
| 875. | | | | | Sold (part) | 08/28/19 | J | | |
| 876. | | | | | Sold (part) | 10/02/19 | J | A | |
| 877.  -American Water Works Co Inc (Common) | A | Dividend | | | Buy | 08/28/19 | J | | |
| 878. | | | | | Sold | 12/26/19 | J | | |
| 879.  -Americold Realty Trust (REIT) | | None | | | Buy | 10/09/19 | J | | |
| 880. | | | | | Sold | 11/13/19 | J | | |
| 881.  -Ameriprise Financial Inc (Common) | A | Dividend | | | Buy | 01/15/19 | J | | |
| 882. | | | | | Buy (add'l) | 01/17/19 | J | | |
| 883. | | | | | Sold (part) | 04/30/19 | K | C | |
| 884. | | | | | Sold | 05/01/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cleland, Robert H.** | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 885.  -Ametek Inc (Common) | A | Dividend | | | Sold<br>(part) | 01/11/19 | J | B | |
| 886. | | | | | Buy<br>(add'l) | 04/30/19 | J | | |
| 887. | | | | | Sold<br>(part) | 05/08/19 | J | | |
| 888. | | | | | Sold<br>(part) | 07/05/19 | J | B | |
| 889. | | | | | Buy<br>(add'l) | 07/19/19 | J | | |
| 890. | | | | | Sold | 08/28/19 | J | | |
| 891.  -Analog Devices Inc (Common) | A | Dividend | J | T | Buy | 01/09/19 | J | | |
| 892. | | | | | Buy<br>(add'l) | 01/15/19 | J | | |
| 893. | | | | | Sold<br>(part) | 08/28/19 | J | A | |
| 894.  -Ansys Inc (Common) | | None | K | T | Buy | 08/12/19 | K | | |
| 895. | | | | | Buy<br>(add'l) | 08/14/19 | J | | |
| 896. | | | | | Sold<br>(part) | 08/28/19 | J | | |
| 897.  -Anthem Inc (Common) | A | Dividend | | | Sold | 08/28/19 | K | C | |
| 898.  -Aon PLC (Common) | A | Dividend | K | T | | | | | |
| 899.  -Apogee Enterprises Inc (Common) | A | Dividend | J | T | Sold<br>(part) | 08/28/19 | J | | |
| 900. | | | | | Sold | 10/11/19 | J | | |
| 901. | | | | | Buy | 11/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. -Apple Inc (Common) | B | Dividend | M | T | | | | | |
| 903. -Assured Guaranty Ltd (Common) | A | Dividend | | | Sold | 08/07/19 | J | A | |
| 904. -AT&T Inc (Common) | B | Dividend | J | T | Buy | 04/30/19 | K | | |
| 905. | | | | | Buy (add'l) | 05/01/19 | J | | |
| 906. | | | | | Sold (part) | 05/16/19 | J | A | |
| 907. | | | | | Buy (add'l) | 07/02/19 | J | | |
| 908. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 909. | | | | | Sold (part) | 08/28/19 | J | A | |
| 910. -Baxter International Inc (Common) | A | Dividend | J | T | Buy | 03/14/19 | K | | |
| 911. | | | | | Buy (add'l) | 03/18/19 | J | | |
| 912. | | | | | Sold (part) | 05/08/19 | J | A | |
| 913. | | | | | Sold (part) | 08/28/19 | J | A | |
| 914. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 915. -Beckton Dickinson & Co (Common) | A | Dividend | J | T | Buy (add'l) | 01/09/19 | K | | |
| 916. | | | | | Buy (add'l) | 01/15/19 | J | | |
| 917. | | | | | Sold (part) | 08/07/19 | J | C | |
| 918. | | | | | Sold (part) | 08/28/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 920. -Best Buy Co Inc (Common) | A | Dividend | J | T | Sold (part) | 08/28/19 | J | A | |
| 921. | | | | | Buy (add'l) | 10/01/19 | K | | |
| 922. | | | | | Buy (add'l) | 10/02/19 | J | | |
| 923. -Big Lots Inc (Common) | A | Dividend | | | Buy | 01/15/19 | J | | |
| 924. | | | | | Sold | 02/06/19 | J | A | |
| 925. -Biogen Idec Inc (Common) | | None | | | Sold (part) | 05/01/19 | J | | |
| 926. | | | | | Sold | 06/17/19 | J | | |
| 927. | | | | | Buy | 07/19/19 | J | | |
| 928. | | | | | Sold | 08/28/19 | J | | |
| 929. -Boeing Co (Common) | A | Dividend | | | Sold | 05/16/19 | J | | |
| 930. | | | | | Buy | 07/19/19 | J | | |
| 931. | | | | | Sold (part) | 08/06/19 | J | A | |
| 932. | | | | | Sold | 08/07/19 | J | D | |
| 933. -Boston Scientific Corp (Common) | | None | | | Sold (part) | 08/12/19 | K | E | |
| 934. | | | | | Sold | 08/14/19 | K | D | |
| 935. -Brady Corp (Common) | A | Dividend | J | T | Sold (part) | 08/28/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 936.  -Broadcom Inc (Common) | | None | | | Buy | 04/02/19 | J | | |
| 937. | | | | | Sold<br>(part) | 05/08/19 | J | A | |
| 938. | | | | | Sold | 06/17/19 | J | | |
| 939. | | | | | Buy | 07/19/19 | J | | |
| 940. | | | | | Sold | 08/28/19 | J | | |
| 941.  -Brunswick Corp (Common) | A | Dividend | J | T | Buy<br>(add'l) | 01/15/19 | J | | |
| 942. | | | | | Sold | 06/18/19 | J | | |
| 943. | | | | | Buy | 07/19/19 | J | | |
| 944. | | | | | Buy<br>(add'l) | 08/28/19 | J | | |
| 945.  -Burlington Stores Inc (Common) | | None | J | T | Buy | 01/04/19 | J | | |
| 946. | | | | | Sold<br>(part) | 08/28/19 | J | A | |
| 947.  -Cal-Maine Foods Inc (Common) | A | Dividend | J | T | Buy | 02/06/19 | J | | |
| 948. | | | | | Sold | 10/10/19 | J | | |
| 949. | | | | | Buy | 11/15/19 | J | | |
| 950.  -Capri Holdings LTD | | None | | | Buy | 04/03/19 | J | | |
| 951. | | | | | Sold | 06/18/19 | J | | |
| 952.  -Caretrust REIT Inc | A | Dividend | | | Sold | 08/14/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 953.  -Carlisle Cos Inc (Common) | A | Dividend | J | T | Buy | 01/09/19 | J | | |
| 954. | | | | | Buy<br>(add'l) | 03/06/19 | J | | |
| 955. | | None | | | Buy<br>(add'l) | 07/19/19 | J | | |
| 956. | | | | | Sold<br>(part) | 08/28/19 | J | A | |
| 957.  -Caterpillar Inc (Common) | A | Dividend | | | Buy<br>(add'l) | 01/17/19 | J | | |
| 958. | | | | | Sold<br>(part) | 03/05/19 | J | A | |
| 959. | | | | | Sold | 03/06/19 | J | A | |
| 960.  -CBOE Global Markets Inc (Common) | A | Dividend | J | T | Buy | 10/09/19 | J | | |
| 961.  -CBRE Group Inc (Common) | | None | J | T | Sold | 01/04/19 | J | A | |
| 962. | | | | | Buy | 09/09/19 | K | | |
| 963. | | | | | Buy<br>(add'l) | 09/11/19 | J | | |
| 964. | | | | | Sold<br>(part) | 10/11/19 | J | | |
| 965. | | | | | Sold | 10/14/19 | K | | |
| 966. | | | | | Buy | 11/15/19 | K | | |
| 967.  -Celanese Corp (Common) | A | Dividend | K | T | Buy | 03/05/19 | K | | |
| 968. | | | | | Buy<br>(add'l) | 03/06/19 | J | | |
| 969. | | | | | Sold<br>(part) | 08/28/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. -Celgene Corp (Common) | | None | | | Buy | 07/02/19 | J | | |
| 971. | | | | | Sold | 08/28/19 | J | A | |
| 972. -Centene Corp (Common) | | None | | | Sold (part) | 02/06/19 | J | D | |
| 973. | | | | | Sold | 04/30/19 | J | C | |
| 974. -Centerpoint Energy Inc (Common) | B | Dividend | K | T | Buy | 01/07/19 | K | | |
| 975. | | | | | Buy (add'l) | 01/11/19 | J | | |
| 976. | | | | | Sold (part) | 08/28/19 | J | | |
| 977. | | | | | Buy | 11/15/19 | J | | |
| 978. -Cheesecake Factory Inc (Common) | A | Dividend | J | T | Sold | 03/06/19 | J | | |
| 979. | | | | | Sold | 10/10/19 | J | | |
| 980. | | | | | Buy | 11/15/19 | J | | |
| 981. -Chemed Corp (Common) | A | Dividend | J | T | Sold (part) | 08/28/19 | K | E | |
| 982. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 983. | | | | | Sold (part) | 10/10/19 | J | | |
| 984. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 985. -The Children's Place (Common) | | None | | | Sold | 02/06/19 | J | B | |
| 986. -Cigna Corp (Common) | A | Dividend | | | Sold | 01/17/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 987. | | | | | Sold | 04/02/19 | J | | |
| 988. -Cirrus Logic Inc (Common) | | None | | | Buy | 02/06/19 | J | | |
| 989. | | | | | Sold | 08/28/19 | J | A | |
| 990. -Cisco Systems Inc (Common) | A | Dividend | K | T | | | | | |
| 991. -Citigroup Inc (Common) | A | Dividend | K | T | Buy | 07/08/19 | K | | |
| 992. | | | | | Buy<br>(add'l) | 07/10/19 | J | | |
| 993. | | | | | Sold<br>(part) | 08/28/19 | J | | |
| 994. | | | | | Sold<br>(part) | 10/10/19 | J | | |
| 995. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |
| 996. -Citrix Systems Inc (Common) | | None | J | T | Sold<br>(part) | 01/07/19 | K | C | |
| 997. | | | | | Sold | 01/11/19 | J | B | |
| 998. | | | | | Buy | 08/28/19 | J | | |
| 999. | | | | | Sold<br>(part) | 10/02/19 | J | A | |
| 1000. -CME Group Inc (Common) | A | Dividend | | | Buy | 08/28/19 | J | | |
| 1001. | | | | | Sold | 12/26/19 | J | | |
| 1002. -CMS Energy Corp (Common) | A | Dividend | | | Sold<br>(part) | 05/16/19 | J | B | |
| 1003. | | | | | Sold<br>(part) | 06/10/19 | K | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. | | | | | Sold | 06/12/19 | J | B | |
| 1005. -CNX Resources Corp | | None | | | Buy | 01/07/19 | K | | |
| 1006. | | | | | Buy (add'l) | 01/11/19 | J | | |
| 1007. | | | | | Sold (part) | 03/14/19 | K | | |
| 1008. | | | | | Sold | 03/18/19 | J | | |
| 1009. -Coca-Cola Co (Common) | A | Dividend | J | T | Buy | 11/13/19 | J | | |
| 1010. -Coca Cola European Partners PLC (Common) | A | Dividend | K | T | Sold (part) | 08/28/19 | J | B | |
| 1011. -Comcast Corp (Common) | A | Dividend | K | T | Buy | 03/05/19 | K | | |
| 1012. | | | | | Sold (part) | 05/16/19 | J | A | |
| 1013. | | | | | Buy (add'l) | 07/05/19 | K | | |
| 1014. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 1015. | | | | | Sold (part) | 08/28/19 | J | A | |
| 1016. -Comerica Inc (Common) | A | Dividend | | | Buy | 01/15/19 | J | | |
| 1017. | | | | | Buy (add'l) | 01/17/19 | J | | |
| 1018. | | | | | Sold (part) | 04/30/19 | J | | |
| 1019. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 1020. | | | | | Sold | 09/05/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. -Commuity Healthcare (Common) | A | Dividend | J | T | Buy | 02/13/19 | J | | |
| 1022. | | | | | Buy (add'l) | 02/14/19 | J | | |
| 1023. | | | | | Sold (part) | 08/28/19 | J | A | |
| 1024. | | | | | Buy (add'l) | 10/02/19 | J | | |
| 1025. | | | | | Sold (part) | 12/26/19 | J | | |
| 1026. -Corenergy Infrrastructure Tr Inc (Common) | A | Dividend | | | Sold | 01/11/19 | J | | |
| 1027. -Crane Co (Common) | A | Dividend | J | T | Buy (add'l) | 01/15/19 | J | | |
| 1028. | | | | | Sold (part) | 05/16/19 | J | A | |
| 1029. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 1030. | | | | | Buy (add'l) | 08/07/19 | J | | |
| 1031. | | | | | Sold (part) | 08/28/19 | J | | |
| 1032. | | | | | Sold (part) | 10/14/19 | K | | |
| 1033. -Crown Castle (Common) | A | Dividend | J | T | Buy | 08/28/19 | J | | |
| 1034. | | | | | Sold | 10/10/19 | J | | |
| 1035. | | | | | Buy | 11/15/19 | J | | |
| 1036. -CVS Health (Common) | A | Dividend | K | T | Buy | 08/06/19 | K | | |
| 1037. | | | | | Buy (add'l) | 08/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. -Danaher Co (Common) | A | Dividend | L | T | Buy (add'l) | 01/15/19 | J | | |
| 1039. | | | | | Sold (part) | 08/28/19 | J | B | |
| 1040. -Darden Restaurants (Common) | A | Dividend | | | Buy | 08/28/19 | J | | |
| 1041. | | | | | Sold | 10/10/19 | J | | |
| 1042. | | | | | Buy | 11/15/19 | J | | |
| 1043. | | | | | Sold | 12/26/19 | J | | |
| 1044. -Delta Air Lines Inc (Common) | A | Dividend | | | Sold | 03/06/19 | J | A | |
| 1045. -Discover Financial (Common) | A | Dividend | K | T | Buy | 01/09/19 | J | | |
| 1046. -Dollar General Corp (Common) | A | Dividend | K | T | Sold (part) | 05/08/19 | J | D | |
| 1047. | | | | | Sold (part) | 08/28/19 | J | B | |
| 1048. -Dollar Tree Stores Inc (Common) | | None | J | T | Sold (part) | 05/28/19 | J | D | |
| 1049. -Dominion Energy Inc (Common) | A | Dividend | | | Buy (add'l) | 01/17/19 | J | | |
| 1050. | | | | | Sold | 03/05/19 | K | A | |
| 1051. -DR Horton (Common) | A | Dividend | J | T | Buy | 10/09/19 | J | | |
| 1052. -DTE Energy (Common) | A | Dividend | K | T | Buy | 08/28/19 | J | | |
| 1053. -E Trade Financial Corp (Common) | A | Dividend | | | Buy | 04/30/19 | J | | |
| 1054. | | | | | Sold | 06/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1055. | | | | | Buy | 07/19/19 | J | | |
| 1056. | | | | | Sold | 08/28/19 | J | | |
| 1057. -EastGroup Properties Inc (Common) | A | Dividend | J | T | Buy | 10/02/19 | J | | |
| 1058. -Eaton Corp (Common) | A | Dividend | | | Buy | 01/09/19 | K | | |
| 1059. | | | | | Buy (add'l) | 01/15/19 | J | | |
| 1060. | | | | | Sold (part) | 07/08/19 | K | C | |
| 1061. | | | | | Sold | 07/10/19 | J | B | |
| 1062. -Edison Intl (Common) | A | Dividend | | | Buy (add'l) | 01/15/19 | J | | |
| 1063. | | | | | Buy (add'l) | 01/17/19 | J | | |
| 1064. | | | | | Sold (part) | 04/30/19 | J | B | |
| 1065. | | | | | Sold | 05/01/19 | J | A | |
| 1066. -Edwards Lifescience Corp (Common) | | None | J | T | Sold (part) | 08/28/19 | J | C | |
| 1067. -Electronic Arts Inc (Common) | | None | K | T | | | | | |
| 1068. -Emerson Electric Co (Common) | A | Dividend | | | Buy (add'l) | 01/09/19 | J | | |
| 1069. | | | | | Buy (add'l) | 01/15/19 | J | | |
| 1070. | | | | | Sold (part) | 07/08/19 | K | B | |
| 1071. | | | | | Sold | 07/10/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. -Enersys Inc (Common) | A | Dividend | J | T | Sold | 06/08/19 | J | | |
| 1073. | | | | | Buy | 07/19/19 | J | | |
| 1074. -Equity Lifestyle Prop (Common) | A | Dividend | | | Sold (part) | 08/28/19 | J | A | |
| 1075. | | | | | Sold | 10/02/19 | J | B | |
| 1076. -Essential Properties (Common) | A | Dividend | J | T | Buy | 11/13/19 | J | | |
| 1077. | | | | | Sold (part) | 12/26/19 | J | | |
| 1078. -Eversource Energy (Common) | A | Dividend | K | T | Buy | 07/02/19 | K | | |
| 1079. | | | | | Buy (add'l) | 07/05/19 | J | | |
| 1080. | | | | | Sold | 08/28/19 | J | A | |
| 1081. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 1082. -Exelixis Inc (Common) | | None | | | Buy | 02/06/19 | J | | |
| 1083. | | | | | Sold | 09/05/19 | J | | |
| 1084. -Facebook Inc (Common) | | None | | | Buy (add'l) | 01/17/19 | J | | |
| 1085. | | | | | Sold | 07/02/19 | J | A | |
| 1086. -Fidelity National Information Service (Common) | A | Dividend | K | T | Sold (part) | 08/28/19 | J | C | |
| 1087. -First Trust Global Tactical FIS ETF | A | Dividend | J | T | Buy | 12/04/19 | K | | |
| 1088. -First Trust Global Wind Energy ETF | A | Dividend | | | Buy | 09/11/19 | J | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1089. | | | | | Buy<br>(add'l) | 10/02/19 | J | | |
| 1090. | | | | | Sold<br>(part) | 11/13/19 | J | A | |
| 1091. | | | | | Sold | 12/04/19 | J | A | |
| 1092. -First Trust Low Duration Opportunities ETF | | None | | | Buy | 08/28/19 | J | | |
| 1093. | | | | | Sold | 09/11/19 | J | | |
| 1094. -First Trust NASDAQ Clean Edge Green Energy Index Fund ETF | | None | | | Buy | 08/28/19 | J | | |
| 1095. | | | | | Sold | 09/11/19 | J | A | |
| 1096. -First Trust Tactical High Yield ETF | A | Dividend | | | Buy | 08/28/19 | J | | |
| 1097. | | | | | Sold | 10/09/19 | J | | |
| 1098. -First Trust Water ETF | A | Dividend | J | T | Buy | 09/11/19 | J | | |
| 1099. | | | | | Sold<br>(part) | 11/13/19 | J | A | |
| 1100. -Fleetcor Technologies (Common) | | None | J | T | Sold<br>(part) | 08/28/19 | J | B | |
| 1101. -FlexShares iBoxx 5-Year Target Duration TIPS Index ETF | A | Dividend | | | Buy | 08/28/19 | K | | |
| 1102. | | | | | Sold<br>(part) | 09/11/19 | K | | |
| 1103. | | | | | Sold | 10/09/19 | J | | |
| 1104. -FMC Corp (Common) | A | Dividend | J | T | Buy | 02/06/19 | J | | |
| 1105. | | | | | Sold<br>(part) | 08/28/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. -Foot Locker Inc (Common) | A | Dividend | | | Buy (add'l) | 05/01/19 | J | | |
| 1107. | | | | | Sold | 06/18/19 | K | | |
| 1108. | | | | | Buy | 07/19/19 | J | | |
| 1109. | | | | | Sold | 08/06/19 | J | | |
| 1110. | | | | | Buy | 08/28/19 | J | | |
| 1111. | | | | | Sold | 12/04/19 | J | A | |
| 1112. -Fortinet Inc (Common) | | None | | | Sold | 08/28/19 | K | C | |
| 1113. -Fortive Corp (Common) | A | Dividend | J | T | | | | | |
| 1114. -Gap Inc (Common) | A | Dividend | | | Sold (part) | 03/05/19 | K | C | |
| 1115. | | | | | Sold | 03/06/19 | J | A | |
| 1116. -Garmin LTD (Common) | A | Dividend | K | T | Buy | 09/04/19 | K | | |
| 1117. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 1118. -Genuine Parts Co (Common) | A | Dividend | | | Sold | 01/03/19 | J | | |
| 1119. -Global Payments Inc (Common) | A | Dividend | K | T | Buy | 07/08/19 | J | | |
| 1120. | | | | | Buy (add'l) | 07/10/19 | J | | |
| 1121. | | | | | Sold (part) | 08/28/19 | J | | |
| 1122. | | | | | Buy (add'l) | 11/15/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1123. -Globe Life Inc (Common) | A | Dividend | K | T | Buy | 09/09/19 | K | | |
| 1124. | | | | | Buy (add'l) | 09/11/19 | J | | |
| 1125. -Globus Medical Inc (Common) | | None | J | T | Sold (part) | 08/28/19 | J | B | |
| 1126. -Halliburton Co (Common) | A | Dividend | | | Buy | 03/05/19 | J | | |
| 1127. | | | | | Sold | 06/18/19 | J | | |
| 1128. | | | | | Buy | 07/19/19 | J | | |
| 1129. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 1130. | | | | | Sold (part) | 09/04/19 | J | | |
| 1131. | | | | | Sold | 09/05/19 | J | A | |
| 1132. -Harris Corp (Common) | A | Dividend | | | Buy (add'l) | 01/09/19 | K | | |
| 1133. | | | | | Buy (add'l) | 01/15/19 | J | | |
| 1134. | | | | | Buy (add'l) | 02/05/19 | J | | |
| 1135. | | | | | Closed | 07/01/19 | K | | |
| 1136. -Hartford Financial Services Group (Common) | A | Dividend | K | T | Buy | 08/12/19 | K | | |
| 1137. | | | | | Buy (add'l) | 08/14/19 | J | | |
| 1138. | | | | | Sold (part) | 08/28/19 | J | A | |
| 1139. | | | | | Buy (add'l) | 08/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1140. | | | | | Sold (part) | 10/02/19 | J | | |
| 1141. -Hawaiian Holdings Inc (Common) | | None | | | Buy | 01/15/19 | J | | |
| 1142. | | | | | Sold | 03/06/19 | J | | |
| 1143. -Hilton Worldwide (Common) | A | Dividend | K | T | Buy | 07/08/19 | K | | |
| 1144. | | | | | Buy (add'l) | 07/10/19 | J | | |
| 1145. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 1146. | | | | | Sold | 10/10/19 | K | | |
| 1147. | | | | | Buy | 11/15/19 | K | | |
| 1148. -Hollyfrontier Corp (Common) | A | Dividend | K | T | Buy | 01/15/19 | J | | |
| 1149. | | | | | Buy (add'l) | 01/17/19 | J | | |
| 1150. | | | | | Sold (part) | 04/30/19 | J | | |
| 1151. | | | | | Sold | 05/01/19 | J | | |
| 1152. | | | | | Buy | 07/02/19 | K | | |
| 1153. -Home Depot Inc (Common) | A | Dividend | K | T | Sold (part) | 08/28/19 | J | B | |
| 1154. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 1155. -Honeywell International Inc (Common) | A | Dividend | K | T | Sold (part) | 08/28/19 | J | C | |
| 1156. -HP Inc (Common) | A | Dividend | | | Buy (add'l) | 01/09/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1157. | | | | | Buy (add'l) | 01/15/19 | J | | |
| 1158. | | | | | Sold (part) | 06/18/19 | J | | |
| 1159. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 1160. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 1161. | | | | | Sold (part) | 09/09/19 | K | | |
| 1162. | | | | | Sold | 09/11/19 | J | A | |
| 1163. -Humana Inc (Common) | A | Dividend | | | Buy (add'l) | 01/15/19 | J | | |
| 1164. | | | | | Sold (part) | 04/08/19 | K | | |
| 1165. | | | | | Sold | 04/10/19 | J | | |
| 1166. -Hunington Ingalls Industries Inc (Common) | | None | | | Buy | 01/04/19 | J | | |
| 1167. | | | | | Sold | 07/05/19 | J | B | |
| 1168. -Illinois Tool Works Inc (Common) | A | Dividend | | | Buy (add'l) | 01/15/19 | J | | |
| 1169. | | | | | Buy (add'l) | 01/17/19 | J | | |
| 1170. | | | | | Sold (part) | 06/04/19 | J | B | |
| 1171. | | | | | Sold | 06/05/19 | J | C | |
| 1172. -InfraREIT, Inc. (REIT) | | None | | | Buy | 01/11/19 | J | | |
| 1173. | | | | | Sold | 05/21/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1174. -Ingersoll-Rand PLC (Common) | A | Dividend | K | T | Buy<br>(add'l) | 03/05/19 | J | | |
| 1175. | | | | | Sold<br>(part) | 05/16/19 | J | C | |
| 1176. | | | | | Buy<br>(add'l) | 07/19/19 | J | | |
| 1177. | | | | | Sold<br>(part) | 08/28/19 | J | A | |
| 1178. | | | | | Buy<br>(add'l) | 08/28/19 | J | | |
| 1179. -Ingredion Inc (Common) | | None | | | Buy | 01/09/19 | J | | |
| 1180. | | | | | Sold | 03/05/19 | J | | |
| 1181. -Innospec Inc (Common) | A | Dividend | J | T | Sold<br>(part) | 08/28/19 | J | B | |
| 1182. -Intel Corp (Common) | A | Dividend | K | T | Buy | 01/09/19 | K | | |
| 1183. | | | | | Buy<br>(add'l) | 07/19/19 | J | | |
| 1184. -Intercontinental Exchange (Common) | A | Dividend | J | T | Buy | 08/28/19 | J | | |
| 1185. -International Business Machines (Common) | B | Dividend | K | T | Buy | 06/04/19 | J | | |
| 1186. | | | | | Buy<br>(add'l) | 06/05/19 | J | | |
| 1187. | | | | | Buy<br>(add'l) | 08/28/19 | J | | |
| 1188. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |
| 1189. -Intuit Inc (Common) | A | Dividend | K | T | Buy<br>(add'l) | 01/17/19 | J | | |
| 1190. | | | | | Sold<br>(part) | 08/28/19 | J | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1191. | | | | | Sold<br>(part) | 11/15/19 | J | | |
| 1192. -Invesco CurrencyShares Canadian Dollar Trust ETF | A | Dividend | J | T | Buy | 08/28/19 | J | | |
| 1193. | | | | | Sold | 09/11/19 | J | A | |
| 1194. | | | | | Buy | 11/13/19 | J | | |
| 1195. -Invesco Emerging Markets Sovereign Debt ETF | | None | | | Buy | 08/28/19 | K | | |
| 1196. | | | | | Sold | 09/11/19 | K | | |
| 1197. -Invesco Fundamental High Yield Corporate Bond ETF | A | Dividend | | | Buy | 10/09/19 | J | | |
| 1198. | | | | | Sold | 12/12/19 | J | A | |
| 1199. -Invesco Global Water ETF | | None | | | Buy | 08/28/19 | J | | |
| 1200. | | | | | Sold<br>(part) | 09/05/19 | J | A | |
| 1201. | | | | | Sold | 09/11/19 | J | A | |
| 1202. -Invesco Japanese Yen ETF | | None | J | T | Buy | 08/28/19 | J | | |
| 1203. | | | | | Sold | 10/02/19 | J | | |
| 1204. | | | | | Buy | 11/13/19 | J | | |
| 1205. -Invesco Swiss Franc Trust ETF | | None | | | Buy | 09/05/19 | J | | |
| 1206. | | | | | Sold | 09/11/19 | J | | |
| 1207. -Invesco S&P 500 Low Volatility ETF | A | Dividend | K | T | Buy | 08/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1208. | | | | | Sold<br>(part) | 10/02/19 | J | A | |
| 1209. | | | | | Sold<br>(part) | 10/09/19 | J | A | |
| 1210. | | | | | Sold | 11/13/19 | J | A | |
| 1211. | | | | | Buy | 12/27/19 | J | | |
| 1212. -Invesco S&P Global Water Index ETF | | None | | | Buy | 08/28/19 | J | | |
| 1213. | | | | | Sold | 09/05/19 | J | A | |
| 1214. | | | | | Buy | 09/11/19 | J | | |
| 1215. | | | | | Buy<br>(add'l) | 10/02/19 | J | | |
| 1216. | | | | | Sold | 11/13/19 | J | A | |
| 1217. -Invesco Variable Rate Preferred ETF | B | Dividend | K | T | Buy | 08/28/19 | K | | |
| 1218. | | | | | Sold<br>(part) | 09/11/19 | K | A | |
| 1219. | | | | | Buy<br>(add'l) | 10/09/19 | J | | |
| 1220. | | | | | Buy<br>(add'l) | 12/12/19 | J | | |
| 1221. -Invesco WilderHill Clean Energy ETF | | None | | | Buy | 09/05/19 | J | | |
| 1222. | | | | | Sold | 09/11/19 | J | A | |
| 1223. -IQ Enhanced Core Plus Bond U.S. ETF | | None | | | Buy | 10/09/19 | J | | |
| 1224. | | | | | Sold | 11/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1225. -IQ Hedge Multi-Strategy Tracker ETF | A | Dividend | K | T | Buy | 08/28/19 | J | | |
| 1226. | | | | | Buy<br>(add'l) | 12/27/19 | J | | |
| 1227. -IQ Merger Arbitrage ETF | | None | J | T | Buy | 11/13/19 | J | | |
| 1228. -iShares 3-7 Year Treasury Bond ETF | A | Dividend | | | Buy | 08/28/19 | J | | |
| 1229. | | | | | Sold | 09/11/19 | J | | |
| 1230. -iShares 7-10 Year Treasury Bond ETF | A | Dividend | | | Buy | 11/13/19 | J | | |
| 1231. | | | | | Sold | 12/12/19 | J | A | |
| 1232. -iShares Broad USD Investment Grade<br>Corporate Bond ETF | B | Dividend | K | T | Buy | 09/11/19 | K | | |
| 1233. -iShares CMBS Bond ETF | A | Dividend | K | T | Buy | 10/09/19 | K | | |
| 1234. | | | | | Sold<br>(part) | 12/26/19 | J | | |
| 1235. | | | | | | | | | |
| 1236. -iShares Core Total USD Bond Market ETF | A | Dividend | J | T | Buy | 12/12/19 | J | | |
| 1237. -iShares Edge MSCI Min Vol USA ETF | C | Dividend | | | Sold | 01/09/19 | M | | |
| 1238. -iShares ESG MSCI EAFE ETF | | None | | | Buy | 11/13/19 | J | | |
| 1239. | | | | | Sold | 12/04/19 | J | | |
| 1240. -iShares Global Infrastructure ETF | | None | | | Buy | 08/28/19 | J | | |
| 1241. | | | | | Sold | 09/05/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1242. | | | | | Buy | 11/13/19 | J | | |
| 1243. | | | | | Sold | 12/04/19 | J | | |
| 1244. -iShares Government/Credit Bond ETF | | None | | | Buy | 11/13/19 | J | | |
| 1245. | | | | | Sold | 12/12/19 | J | A | |
| 1246. -iShares Gold Trust | | None | | | Buy | 10/02/19 | J | | |
| 1247. | | | | | Sold | 11/13/19 | J | | |
| 1248. -iShares iBonds Dec 2024 Term Corporate ETF | A | Dividend | J | T | Buy | 08/28/19 | J | | |
| 1249. | | | | | Sold (part) | 09/11/19 | J | | |
| 1250. | | | | | Buy (add'l) | 11/13/19 | J | | |
| 1251. | | | | | | | | | |
| 1252. | | | | | | | | | |
| 1253. | | | | | | | | | |
| 1254. -iShares iBoxx $ Investment Grade Corporate Bond ETF | A | Dividend | K | T | Buy | 09/11/19 | K | | |
| 1255. | | | | | Sold | 10/09/19 | K | A | |
| 1256. | | | | | Buy | 11/13/19 | K | | |
| 1257. -iShares Intermediate-Term Corporate Bond ETF | B | Dividend | K | T | Buy | 08/28/19 | K | | |
| 1258. | | | | | Buy (add'l) | 11/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1259. | | | | | | | | | |
| 1260. -iShares J.P. Morgan USD Emerging Markets Bond ETF | A | Dividend | K | T | Buy | 08/28/19 | J | | |
| 1261. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 1262. -iShares Mortgage Real Estate Capped (REIT) | A | Dividend | J | T | Buy | 12/04/19 | J | | |
| 1263. -iShares MSCI ACWI ETF | D | Dividend | | | Sold | 01/15/19 | N | | |
| 1264. | | | | | Buy | 06/18/19 | L | | |
| 1265. | | | | | Sold | 07/19/19 | L | B | |
| 1266. | | | | | Buy | 10/10/19 | L | | |
| 1267. | | | | | Buy (add'l) | 10/11/19 | K | | |
| 1268. | | | | | Sold | 11/15/19 | M | D | |
| 1269. -iShares MSCI ACWI Low Carbon Target ETF | | None | | | Buy | 09/05/19 | J | | |
| 1270. | | | | | Sold | 11/13/19 | J | A | |
| 1271. -iShares MSCI Australia ETF | A | Dividend | K | T | Buy (add'l) | 01/15/19 | J | | |
| 1272. | | | | | Buy (add'l) | 05/08/19 | J | | |
| 1273. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 1274. | | | | | Buy (add'l) | 09/11/19 | J | | |
| 1275. | | | | | Buy (add'l) | 10/09/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1276. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 1277. -iShares MSCI Austria ETF | | None | | | Buy | 10/09/19 | J | | |
| 1278. | | | | | Sold | 11/13/19 | J | A | |
| 1279. -iShares MSCI Belguim ETF | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 1280. | | | | | Buy | 03/18/19 | J | | |
| 1281. | | | | | Sold | 05/08/19 | J | | |
| 1282. -iShares MSCI Emerging Markets ETF | | None | | | Buy (add'l) | 01/15/19 | J | | |
| 1283. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 1284. | | | | | Sold | 08/28/19 | L | D | |
| 1285. -iShares MSCI France ETF | B | Dividend | K | T | Buy (add'l) | 01/15/19 | J | | |
| 1286. | | | | | Sold (part) | 02/13/19 | J | A | |
| 1287. | | | | | Buy (add'l) | 03/18/19 | J | | |
| 1288. | | | | | Sold (part) | 05/08/19 | J | A | |
| 1289. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 1290. | | | | | Buy (add'l) | 08/28/19 | K | | |
| 1291. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 1292. -iShares MSCI Germany ETF | B | Dividend | K | T | Buy | 01/15/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1293. | | | | | Buy (add'l) | 05/08/19 | J | | |
| 1294. | | | | | Sold (part) | 05/16/19 | J | A | |
| 1295. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 1296. | | | | | Buy (add'l) | 08/28/19 | K | | |
| 1297. | | | | | Sold (part) | 09/11/19 | J | A | |
| 1298. | | | | | Buy (add'l) | 10/09/19 | J | | |
| 1299. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 1300. -iShares MSCI Hong Kong ETF | A | Dividend | J | T | Buy (add'l) | 06/12/19 | J | | |
| 1301. | | | | | Sold (part) | 07/10/19 | J | A | |
| 1302. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 1303. | | | | | Sold (part) | 10/10/19 | J | A | |
| 1304. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 1305. -iShares MSCI Italy ETF | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 1306. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 1307. -iShares MSCI Japan EFT | A | Dividend | J | T | Buy (add'l) | 01/15/19 | K | | |
| 1308. | | | | | Sold (part) | 05/08/19 | J | A | |
| 1309. | | | | | Buy (add'l) | 07/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1310. | | | | | Sold | 08/28/19 | K | A | |
| 1311. -iShares MSCI Netherlands ETF | A | Dividend | K | T | Buy | 01/15/19 | J | | |
| 1312. | | | | | Buy<br>(add'l) | 02/13/19 | J | | |
| 1313. | | | | | Sold<br>(part) | 03/18/19 | J | A | |
| 1314. | | | | | Sold<br>(part) | 06/12/19 | J | A | |
| 1315. | | | | | Buy<br>(add'l) | 08/28/19 | K | | |
| 1316. | | | | | Sold<br>(part) | 09/11/19 | J | A | |
| 1317. | | | | | Sold<br>(part) | 10/09/19 | J | A | |
| 1318. | | | | | Buy<br>(add'l) | 11/13/19 | J | | |
| 1319. | | | | | | | | | |
| 1320. -iShares MSCI New Zealand ETF | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 1321. | | | | | Buy<br>(add'l) | 08/28/19 | J | | |
| 1322. | | | | | Buy<br>(add'l) | 09/11/19 | J | | |
| 1323. | | | | | Sold<br>(part) | 11/13/19 | J | A | |
| 1324. -iShares MSCI Poland ETF | | None | | | Buy | 01/11/19 | J | | |
| 1325. | | | | | Sold | 11/13/19 | J | | |
| 1326. -iShares MSCI Singapore ETF | A | Dividend | J | T | Buy | 01/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cleland, Robert H.** | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1327. | | | | | Buy<br>(add'l) | 02/13/19 | J | | |
| 1328. | | | | | Buy<br>(add'l) | 03/18/19 | J | | |
| 1329. | | | | | Sold<br>(part) | 04/10/19 | J | A | |
| 1330. | | | | | Buy<br>(add'l) | 06/12/19 | J | | |
| 1331. | | | | | Sold<br>(part) | 07/10/19 | J | A | |
| 1332. | | | | | Buy<br>(add'l) | 08/28/19 | J | | |
| 1333. | | | | | Buy<br>(add'l) | 09/11/19 | J | | |
| 1334. | | | | | Sold<br>(part) | 10/09/19 | J | A | |
| 1335. -iShares MSCI Spain Capped ETF | A | Dividend | J | T | Sold<br>(part) | 01/11/19 | J | | |
| 1336. | | | | | Buy<br>(add'l) | 11/13/19 | J | | |
| 1337. -iShares MSCI Sweden ETF | A | Dividend | J | T | Buy<br>(add'l) | 08/28/19 | J | | |
| 1338. | | | | | Sold<br>(part) | 10/09/19 | J | | |
| 1339. -iShares MSCI Switzerland EFT | A | Dividend | | | Buy<br>(add'l) | 01/15/19 | J | | |
| 1340. | | | | | Sold | 08/28/19 | K | B | |
| 1341. -iShares MSCI United Kingdom ETF | B | Dividend | K | T | Buy | 01/15/19 | K | | |
| 1342. | | | | | Sold<br>(part) | 05/08/19 | J | B | |
| 1343. | | | | | Buy<br>(add'l) | 07/19/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1344. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 1345. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 1346. -iShares North American Natural Resources ETF | | None | | | Buy | 08/28/19 | J | | |
| 1347. | | | | | Sold | 09/05/19 | J | A | |
| 1348. | | | | | Buy | 11/13/19 | J | | |
| 1349. | | | | | Sold | 12/04/19 | J | | |
| 1350. -iShares Russell 3000 ETF | A | Dividend | L | T | Buy | 10/10/19 | L | | |
| 1351. | | | | | Buy (add'l) | 10/14/19 | K | | |
| 1352. | | | | | Sold (part) | 11/15/19 | K | B | |
| 1353. -iShares Short-Term Corporate Bond ETF | | None | | | Buy | 09/11/19 | J | | |
| 1354. | | | | | Sold | 10/09/19 | J | A | |
| 1355. -iShares Silver Trust ETF | | None | | | Buy | 08/28/19 | J | | |
| 1356. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 1357. | | | | | Sold | 10/02/19 | J | | |
| 1358. -ITT Inc (Common) | A | Dividend | J | T | Buy | 07/05/19 | J | | |
| 1359. | | | | | Sold (part) | 08/28/19 | J | | |
| 1360. | | | | | Sold | 10/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1361. | | | | | Buy | 11/15/19 | J | | |
| 1362. -Janus Henderson Short Duration Income ETF | A | Dividend | K | T | Buy | 12/12/19 | K | | |
| 1363. -Jernigan Capital Inc (Common) | | None | | | Buy | 01/11/19 | J | | |
| 1364. | | | | | Sold | 08/14/19 | J | | |
| 1365. -Johnson & Johnson (Common) | A | Dividend | K | T | | | | | |
| 1366. -JP Morgan Chase Co (Common) | A | Dividend | K | T | Buy | 04/30/19 | K | | |
| 1367. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 1368. | | | | | Sold (part) | 05/08/19 | J | | |
| 1369. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 1370. | | | | | Sold (part) | 08/28/19 | J | | |
| 1371. -Juniper Networks Inc (Common) | A | Dividend | | | Sold | 01/03/19 | J | | |
| 1372. -Kellogg Co (Common) | A | Dividend | K | T | Buy (add'l) | 01/09/19 | J | | |
| 1373. | | | | | Buy (add'l) | 01/15/19 | J | | |
| 1374. | | | | | Sold (part) | 06/18/19 | J | | |
| 1375. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 1376. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 1377. -Keysight Techs Inc (Common) | | None | J | T | Buy | 09/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cleland, Robert H.** | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1378. -Kimberly-Clark Corp (Common) | A | Dividend | K | T | Buy | 04/30/19 | K | | |
| 1379. | | | | | Buy<br>(add'l) | 05/01/19 | J | | |
| 1380. | | | | | Sold<br>(part) | 08/28/19 | J | A | |
| 1381. | | | | | Buy<br>(add'l) | 08/28/19 | J | | |
| 1382. | | | | | Sold<br>(part) | 12/26/19 | J | A | |
| 1383. -L3 Technologies Inc (Common) | A | Dividend | | | Sold | 04/03/19 | J | A | |
| 1384. -L3Harris Technologies (Common) (X) | A | Dividend | K | T | Open | 07/01/19 | K | | |
| 1385. | | | | | Buy<br>(add'l) | 07/19/19 | J | | |
| 1386. | | | | | Sold<br>(part) | 08/28/19 | J | D | |
| 1387. | | | | | Buy<br>(add'l) | 11/13/19 | J | | |
| 1388. -Laboratory Corp of America Holdings<br>(Common) | | None | | | Sold | 01/04/19 | J | A | |
| 1389. -LAM Research Corp (Common) | A | Dividend | | | Sold | 01/04/19 | J | B | |
| 1390. -Lear Corp (Common) | A | Dividend | | | Sold | 01/04/19 | J | A | |
| 1391. -LHC Group LLC (Common) | | None | J | T | Sold<br>(part) | 08/28/19 | J | C | |
| 1392. -Lincoln National Corp (Common) | A | Dividend | K | T | Buy | 04/30/19 | J | | |
| 1393. | | | | | Sold<br>(part) | 05/08/19 | J | | |
| 1394. | | | | | Buy<br>(add'l) | 07/02/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cleland, Robert H.** | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1395. | | | | | Buy (add'l) | 07/05/19 | J | | |
| 1396. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 1397. | | | | | Sold (part) | 08/28/19 | J | | |
| 1398. | | | | | Sold (part) | 10/11/19 | J | A | |
| 1399. | | | | | Sold (part) | 10/14/19 | K | | |
| 1400. | | | | | Sold (part) | 11/15/19 | K | | |
| 1401. -Linde PLC (Common) | A | Dividend | K | T | Buy (add'l) | 01/15/19 | K | | |
| 1402. | | | | | Sold (part) | 08/28/19 | J | A | |
| 1403. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 1404. | | | | | Sold (part) | 10/02/19 | J | A | |
| 1405. -Lithia Motors Inc (Common) | A | Dividend | J | T | Buy | 01/15/19 | J | | |
| 1406. | | | | | Sold (part) | 08/28/19 | J | B | |
| 1407. -Lockheed Martin Corp (Common) | A | Dividend | K | T | Sold (part) | 08/28/19 | L | B | |
| 1408. | | | | | Buy (add'l) | 08/28/19 | L | | |
| 1409. -LPL Financial Holdings (Common) | A | Dividend | J | T | Buy | 06/05/19 | J | | |
| 1410. | | | | | Sold | 10/10/19 | J | | |
| 1411. | | | | | Buy | 11/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1412. -Lyondellbasell (Common) | B | Dividend | K | T | Buy | 01/04/19 | J | | |
| 1413. -Mallinckrodt PLC (Common) | | None | | | Buy | 01/07/19 | J | | |
| 1414. | | Int./Div. | | | Buy (add'l) | 01/09/19 | J | | |
| 1415. | | | | | Buy (add'l) | 01/11/19 | J | | |
| 1416. | | | | | Sold (part) | 06/18/19 | J | | |
| 1417. | | | | | Sold | 07/08/19 | J | | |
| 1418. -Marsh and McLennan (Common) | A | Dividend | K | T | Buy | 03/14/19 | K | | |
| 1419. | | | | | Buy (add'l) | 03/18/19 | J | | |
| 1420. | | | | | Sold (part) | 08/28/19 | J | A | |
| 1421. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 1422. | | | | | Sold (part) | 10/02/19 | J | | |
| 1423. -Masimo Corp (Common) | | None | J | T | Sold (part) | 08/28/19 | J | C | |
| 1424. -Mastec Inc (Common) | | None | K | T | Buy | 01/04/19 | K | | |
| 1425. | | | | | Sold (part) | 08/28/19 | J | B | |
| 1426. -Mastercard Inc (Common) | A | Dividend | | | Sold (part) | 06/05/19 | J | D | |
| 1427. | | | | | Sold | 08/28/19 | K | E | |
| 1428. -McCormick & Co Inc (Common) | A | Dividend | K | T | Sold (part) | 08/28/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1429. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 1430. -McDonalds Corp (Common) | A | Dividend | | | Buy | 08/28/19 | J | | |
| 1431. | | | | | Sold | 12/26/19 | J | | |
| 1432. -Merck & Co Inc (Common) | A | Dividend | K | T | Buy | 08/06/19 | K | | |
| 1433. | | | | | Buy (add'l) | 08/07/19 | J | | |
| 1434. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 1435. -Meriage Homes Corp (Common) | | None | J | T | Buy | 04/03/19 | J | | |
| 1436. | | | | | Sold (part) | 08/28/19 | J | A | |
| 1437. -Microchip Technology Inc (Common) | A | Dividend | J | T | Sold | 01/07/19 | K | B | |
| 1438. | | | | | Buy | 01/15/19 | J | | |
| 1439. | | | | | Sold (part) | 08/28/19 | J | A | |
| 1440. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 1441. | | | | | Sold | 09/04/19 | K | A | |
| 1442. | | | | | Sold (part) | 09/05/19 | J | C | |
| 1443. -Microsoft Corp (Common) | A | Dividend | K | T | Buy | 01/09/19 | K | | |
| 1444. | | | | | Buy (add'l) | 01/11/19 | J | | |
| 1445. | | | | | Sold (part) | 08/28/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1446. -MKS Instruments Inc (Common) | A | Dividend | | | Sold | 06/05/19 | J | C | |
| 1447. -Molina Healthcare Inc (Common) | | None | J | T | Buy | 03/05/19 | J | | |
| 1448. | | | | | Sold (part) | 05/16/19 | J | | |
| 1449. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 1450. | | | | | Buy (add'l) | 08/07/19 | J | | |
| 1451. | | | | | Sold (part) | 08/28/19 | J | | |
| 1452. | | | | | Sold | 10/10/19 | J | | |
| 1453. | | | | | Buy | 11/15/19 | J | | |
| 1454. -Molson Coors Brewing Co (Common) | A | Dividend | | | Buy | 08/28/19 | J | | |
| 1455. | | | | | Sold (part) | 10/02/19 | J | A | |
| 1456. | | | | | Sold | 11/13/19 | J | A | |
| 1457. -NASDAQ Inc (Common) | A | Dividend | K | T | Buy | 08/28/19 | J | | |
| 1458. | | | | | Buy (add'l) | 10/07/19 | K | | |
| 1459. | | | | | Buy (add'l) | 10/09/19 | J | | |
| 1460. -National Retail Properties Inc (Common) | A | Dividend | J | T | Buy | 10/10/19 | J | | |
| 1461. | | | | W | Sold (part) | 12/26/19 | J | | |
| 1462. -National Storage Affiliates Tr (Common) | A | Dividend | J | T | Buy (add'l) | 10/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1463. -Netgear Inc (Common) | | None | | | Sold | 06/18/19 | J | | |
| 1464. -Newmont Mining Corp (Common) | A | Dividend | | | Buy<br>(add'l) | 01/17/19 | J | | |
| 1465. | | | | | Sold | 08/06/19 | K | B | |
| 1466. -Nexpoint Residential Tr Inc (Common) | A | Dividend | J | T | Sold | 01/11/19 | J | A | |
| 1467. | | | | | Buy | 05/08/19 | J | | |
| 1468. | | | | | Buy<br>(add'l) | 05/09/19 | J | | |
| 1469. | | | | | Buy<br>(add'l) | 05/10/19 | J | | |
| 1470. | | | | | Sold<br>(part) | 08/28/19 | J | A | |
| 1471. | | | | | Buy<br>(add'l) | 10/02/19 | J | | |
| 1472. | | | | | Sold<br>(part) | 12/26/19 | J | | |
| 1473. -Nextera Energy Inc (Common) | B | Dividend | K | T | Sold<br>(part) | 05/16/19 | J | B | |
| 1474. | | | | | Sold<br>(part) | 08/28/19 | J | B | |
| 1475. | | | | | Buy<br>(add'l) | 08/28/19 | J | | |
| 1476. | | | | | Sold<br>(part) | 10/02/19 | J | A | |
| 1477. -Nordson Corp (Common) | A | Dividend | K | T | Sold<br>(part) | 05/08/19 | J | B | |
| 1478. | | | | | Buy<br>(add'l) | 07/19/19 | J | | |
| 1479. -Norfolk Southern Corp (Common) | A | Dividend | | | Sold<br>(part) | 08/28/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1480. | | | | | Sold (part) | 10/07/19 | J | C | |
| 1481. | | | | | Sold | 10/09/19 | J | A | |
| 1482. -Northrop Grumman Corp (Common) | A | Dividend | J | T | Buy (add'l) | 01/15/19 | J | | |
| 1483. | | | | | Sold (part) | 04/30/19 | K | C | |
| 1484. | | | | | Sold (part) | 05/01/19 | J | C | |
| 1485. | | | | | Sold (part) | 08/28/19 | J | B | |
| 1486. -NVent (Common) | A | Dividend | J | T | | | | | |
| 1487. -Omega Healthcare REIT Investors Inc | | None | | | Buy | 02/13/19 | J | | |
| 1488. | | | | | Sold | 05/08/19 | J | | |
| 1489. -Omnicom Group Inc (Common) | A | Dividend | K | T | Buy (add'l) | 01/15/19 | J | | |
| 1490. | | | | | Buy (add'l) | 01/17/19 | J | | |
| 1491. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 1492. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 1493. -Oshkosh Corp (Common) | A | Dividend | J | T | Sold (part) | 08/28/19 | J | | |
| 1494. -Oxford Industries Inc (Common) | A | Dividend | J | T | Buy | 07/05/19 | J | | |
| 1495. | | | | | Sold | 10/10/19 | J | | |
| 1496. | | | | | Buy | 11/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1497. -Paccar Inc (Common) | A | Dividend | K | T | Buy | 01/09/19 | J | | |
| 1498. | | | | | Buy (add'l) | 01/15/19 | J | | |
| 1499. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 1500. -Packaging Corp of America (Common) | A | Dividend | K | T | Buy | 05/01/19 | J | | |
| 1501. | | | | | Buy (add'l) | 06/04/19 | K | | |
| 1502. | | | | | Sold (part) | 08/28/19 | J | A | |
| 1503. -Parker-Hannifin Corp (Common) | A | Dividend | K | T | Buy (add'l) | 01/15/19 | J | | |
| 1504. | | | | | Buy (add'l) | 01/17/19 | J | | |
| 1505. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 1506. | | | | | Sold (part) | 08/28/19 | J | A | |
| 1507. -Pentair PLC (Common) | A | Dividend | | | Sold | 01/03/19 | J | | |
| 1508. -Pepsico Inc (Common) | A | Dividend | K | T | | | | | |
| 1509. -Phillips 66 (Common) | A | Dividend | K | T | Buy | 09/04/19 | J | | |
| 1510. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 1511. -PIMCO 0-5 Year High Yield Corporate Bond Index ETF | A | Dividend | | | Buy | 09/11/19 | J | | |
| 1512. | | | | | Sold | 10/09/19 | J | | |
| 1513. -PIMCO Active Bond Exchange-Traded Fund ETF | A | Dividend | | | Buy | 09/11/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1514. | | | | | Sold (part) | 01/13/19 | K | | |
| 1515. | | | | | Sold | 12/12/19 | J | | |
| 1516. -PIMCO Enhanced Low Duration Active Exchange-Traded Fund RTF | A | Dividend | | | Buy | 11/13/19 | J | | |
| 1517. | | | | | Sold | 12/12/19 | J | | |
| 1518. -PIMCO Investment Grade Corporate Bond Index ETF | A | Dividend | J | T | Buy | 08/28/19 | K | | |
| 1519. | | | | | Sold (part) | 11/13/19 | K | | |
| 1520. -Pinnacle West Cap Corp (Common) | A | Dividend | J | T | Buy | 02/06/19 | J | | |
| 1521. | | | | | Sold (part) | 08/28/19 | J | A | |
| 1522. -PNC Financial Services Group (Common) | A | Dividend | | | Buy (add'l) | 01/09/19 | J | | |
| 1523. | | | | | Buy (add'l) | 01/15/19 | J | | |
| 1524. | | | | | Sold (part) | 04/08/19 | K | A | |
| 1525. | | | | | Sold | 04/10/19 | J | A | |
| 1526. -Popular Inc (Common) | A | Dividend | J | T | Buy | 08/07/19 | J | | |
| 1527. | | | | | Sold (part) | 08/28/19 | J | | |
| 1528. -Prologis Inc (Common) | A | Dividend | | | Sold | 02/13/19 | J | A | |
| 1529. -ProPetro Holding Corp (Common) | | None | J | T | Buy | 01/15/19 | J | | |
| 1530. | | | | | Sold | 10/11/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1531. | | | | | Buy | 11/15/19 | J | | |
| 1532. -ProShares DJ Brookfield Global Infrastructure ETF | A | Dividend | J | T | Buy | 12/04/19 | J | | |
| 1533. -ProShares Hedge Replication ETF | A | Dividend | J | T | Buy | 08/28/19 | J | | |
| 1534. | | | | | Buy (add'l) | 10/10/19 | K | | |
| 1535. | | | | | Buy (add'l) | 10/14/19 | J | | |
| 1536. | | | | | Sold (part) | 11/15/19 | K | A | |
| 1537. -ProShares High Yield-Interest Rate Hedged ETF | A | Dividend | J | T | Buy | 11/13/19 | J | | |
| 1538. | | | | | Buy (add'l) | 12/12/19 | J | | |
| 1539. -ProShares Investment Grade-Interest Rate Hedged ETF | A | Dividend | K | T | Buy | 08/28/19 | J | | |
| 1540. | | | | | Buy (add'l) | 11/15/19 | K | | |
| 1541. | | | | | Sold (part) | 12/12/19 | J | A | |
| 1542. -ProShares Short 20+ Year Treasury ETF | | None | | | Buy | 09/11/19 | J | | |
| 1543. | | | | | Sold | 11/13/19 | J | A | |
| 1544. -PS Business Pks Inc (Common) | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 1545. | | | | | Buy (add'l) | 01/15/19 | J | | |
| 1546. | | | | | Buy (add'l) | 10/02/19 | J | | |
| 1547. | | | | | Sold (part) | 12/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1548. -Public Services Enterprise (Common) | A | Dividend | K | T | Buy | 08/06/19 | K | | |
| 1549. -Pulte Group Inc (Common) | A | Dividend | J | T | Buy | 08/28/19 | J | | |
| 1550. | | | | | Sold<br>(part) | 10/02/19 | J | A | |
| 1551. -Qualcomm Inc (Common) | A | Dividend | | | Sold | 08/06/19 | K | C | |
| 1552. -Raytheon Co (Common) | A | Dividend | K | T | Buy<br>(add'l) | 01/09/19 | J | | |
| 1553. | | | | | Buy<br>(add'l) | 01/15/19 | J | | |
| 1554. | | | | | Sold<br>(part) | 03/14/19 | K | C | |
| 1555. | | | | | Sold<br>(part) | 03/18/19 | J | B | |
| 1556. | | | | | Sold<br>(part) | 05/16/19 | J | B | |
| 1557. | | | | | Sold<br>(part) | 06/04/19 | K | C | |
| 1558. | | | | | Buy<br>(add'l) | 12/04/19 | J | | |
| 1559. -Realty Income Corp (REIT) | A | Dividend | J | T | Buy<br>(add'l) | 10/02/19 | J | | |
| 1560. | | | | | Sold<br>(part) | 12/26/19 | J | | |
| 1561. -Red Hat Inc (Common) | | None | | | Buy | 07/02/19 | J | | |
| 1562. | | | | | Sold | 07/19/19 | J | A | |
| 1563. -Reinsurance Group of America Inc<br>(Common) | A | Dividend | | | Sold | 07/02/19 | J | B | |
| 1564. -Republic Services Inc (Common) | A | Dividend | J | T | Sold<br>(part) | 08/12/19 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1565. | | | | | Sold | 08/14/19 | J | D | |
| 1566. | | | | | Buy | 08/28/19 | J | | |
| 1567. -Resmed Inc (Common) | A | Dividend | | | Sold | 07/02/19 | K | E | |
| 1568. -Rex American Resources (Common) | | None | J | T | Buy | 01/15/19 | J | | |
| 1569. -Rexford Ind Realty Inc (REIT) | A | Dividend | | | Sold (part) | 08/28/19 | J | A | |
| 1570. | | | | | Sold | 10/02/19 | J | B | |
| 1571. -Rockwell Automation Inc (Common) | A | Dividend | | | Buy | 02/05/19 | J | | |
| 1572. | | | | | Buy (add'l) | 02/06/19 | J | | |
| 1573. | | | | | Sold (part) | 07/02/19 | J | | |
| 1574. | | | | | Sold | 07/05/19 | J | | |
| 1575. -Rollins Inc (Common) | A | Dividend | J | T | Buy | 08/28/19 | J | | |
| 1576. | | | | | Sold (part) | 10/02/19 | J | A | |
| 1577. -Ross Stores Inc (Common) | A | Dividend | J | T | Sold (part) | 08/28/19 | J | B | |
| 1578. -Royal Caribbean Cruises Ltd (Common) | A | Dividend | J | T | Buy (add'l) | 08/28/19 | J | | |
| 1579. | | | | | Sold | 10/10/19 | K | A | |
| 1580. | | | | | Buy | 11/15/19 | J | | |
| 1581. -Ryman Hospitality Properties (REIT) | A | Dividend | | | Sold | 02/13/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1582. -Salesforce.com (Common) | | None | K | T | Sold (part) | 08/28/19 | J | B | |
| 1583. -SBA Communications Corp (Common) | | None | | | Buy | 08/14/19 | J | | |
| 1584. | | | | | Sold | 10/02/19 | J | | |
| 1585. -Schlumberger Ltd (Common) | A | Dividend | | | Buy | 01/03/19 | J | | |
| 1586. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 1587. | | | | | Sold (part) | 10/02/19 | J | A | |
| 1588. | | | | | Sold (part) | 10/10/19 | K | | |
| 1589. | | | | | Sold | 10/10/19 | J | | |
| 1590. -Schwab Strategic SCHR | A | Dividend | | | Buy | 11/13/19 | J | | |
| 1591. | | | | | Sold | 12/12/19 | J | A | |
| 1592. -Sempra Energy (Common) | A | Dividend | K | T | Buy | 09/09/19 | K | | |
| 1593. | | | | | Buy (add'l) | 09/11/19 | J | | |
| 1594. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 1595. -Sherwin Williams Co (Common) | A | Dividend | | | Sold | 02/06/19 | J | A | |
| 1596. -Simon Property Group REIT Inc | A | Dividend | | | Sold (part) | 08/28/19 | J | | |
| 1597. | | | | | Sold (part) | 10/01/19 | J | | |
| 1598. | | | | | Sold | 10/02/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1599. -Skyworks Solutions Inc (Common) | A | Dividend | | | Sold | 01/04/19 | J | | |
| 1600. -SNAP-On Inc (Common) | A | Dividend | | | Buy | 07/02/19 | K | | |
| 1601. | | | | | Sold | 10/10/19 | K | | |
| 1602. -SPDR Bloomberg Barclays High Yield Bond ETF | | None | | | Buy | 08/28/19 | J | | |
| 1603. | | | | | Sold | 09/11/19 | J | A | |
| 1604. -SPDR Bloomberg Barclays International Treasury Bond ETF | A | Dividend | K | T | Buy | 08/28/19 | K | | |
| 1605. | | | | | Sold (part) | 11/15/19 | J | | |
| 1606. -SPDR Bloomberg Barclays Short Term High Yield Bond ETF | A | Dividend | K | T | Buy | 10/09/19 | J | | |
| 1607. | | | | | Buy (add'l) | 11/13/19 | J | | |
| 1608. -SPDR Dorsey Wright Fixed Income Allocation ETF | B | Dividend | K | T | Buy | 08/28/19 | J | | |
| 1609. | | | | | Buy (add'l) | 09/11/19 | K | | |
| 1610. -SPDR DoubleLine Total Return Tactical ETF | A | Dividend | | | Buy | 08/28/19 | J | | |
| 1611. | | | | | Sold (part) | 09/11/19 | J | | |
| 1612. | | | | | Sold (part) | 10/09/19 | J | | |
| 1613. | | | | | Buy (add'l) | 11/13/19 | J | | |
| 1614. | | | | | Sold | 12/12/19 | K | A | |
| 1615. -SPDR Dow Jones Industrial ETF | C | Dividend | | | Sold (part) | 01/09/19 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1616. | | | | | Sold | 01/17/19 | L | | |
| 1617. | | | | | Buy | 06/18/19 | K | | |
| 1618. | | | | | Sold | 07/19/19 | K | B | |
| 1619. -SPDR FTSE International Government Inflation-Protected Bond ETF | A | Dividend | J | T | Buy | 08/28/19 | J | | |
| 1620. | | | | | Sold | 09/11/19 | J | | |
| 1621. | | | | | Buy | 10/09/19 | J | | |
| 1622. | | | | | Sold (part) | 11/15/19 | J | | |
| 1623. -SPDR Gold Trust ETF | | None | | | Buy | 08/28/19 | J | | |
| 1624. | | | | | Sold (part) | 09/05/19 | J | | |
| 1625. | | | | | Buy (add'l) | 09/11/19 | J | | |
| 1626. | | | | | Buy (add'l) | 10/02/19 | J | | |
| 1627. | | | | | Sold | 12/04/19 | J | | |
| 1628. -SPDR Portfolio Intermediate Term Corporate Bond ETF | A | Dividend | J | T | Buy | 08/28/19 | K | | |
| 1629. | | | | | Buy (add'l) | 09/11/19 | J | | |
| 1630. | | | | | Sold (part) | 10/09/19 | J | | |
| 1631. | A | | | | Sold (part) | 11/13/19 | J | | |
| 1632. -SPDR Portfolio Intermediate Term Treasury ETF | A | Dividend | | | Buy | 08/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1633. | | | | | Sold | 09/11/19 | J | | |
| 1634. -SPDR Portfolio Long Term Corporate Bond ETF | B | Dividend | K | T | Buy | 09/11/19 | K | | |
| 1635. | | | | | Buy (add'l) | 10/09/19 | K | | |
| 1636. -SPDR S&P 500 Trust ETF | A | Dividend | | | Sold | 01/17/19 | K | | |
| 1637. | | | | | Buy | 06/18/19 | K | | |
| 1638. | | | | | Sold | 07/19/19 | K | A | |
| 1639. | | | | | Buy | 10/10/19 | K | | |
| 1640. | | | | | Buy (add'l) | 10/14/19 | K | | |
| 1641. | | | | | Sold | 11/15/19 | L | C | |
| 1642. -SPDR S&P Global Infrastructure ETF | | None | | | Buy | 08/28/19 | J | | |
| 1643. | | | | | Sold | 09/05/19 | J | A | |
| 1644. -SPDR SSGA Multi-Asset Real Return (REIT) | A | Dividend | J | T | Buy | 12/04/19 | J | | |
| 1645. -Starbucks Corp (Common) | A | Dividend | K | T | | | | | |
| 1646. -Store Capital Corp (Common) | A | Dividend | J | T | Sold (part) | 08/28/19 | J | A | |
| 1647. | | | | | Buy (add'l) | 10/02/19 | J | | |
| 1648. -Stryker Corp (Common) | A | Dividend | K | T | Buy (add'l) | 01/09/19 | J | | |
| 1649. | | | | | Sold (part) | 08/28/19 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1650. -Sturm Ruger & Co Inc (Common) | A | Dividend | | | Sold | 06/18/19 | J | | |
| 1651. | | | | | Buy | 07/19/19 | J | | |
| 1652. | | | | | Sold | 08/07/19 | J | | |
| 1653. -Sun Communities Inc (Common) | A | Dividend | | | Sold<br>(part) | 08/28/19 | J | A | |
| 1654. | | | | | Buy<br>(add'l) | 10/02/19 | J | | |
| 1655. | | | | | Sold | 10/09/19 | J | B | |
| 1656. -Suntrust Banks Inc (Common) | A | Dividend | | | Buy | 01/17/19 | J | | |
| 1657. | | | | | Sold | 03/05/19 | J | B | |
| 1658. -Supernus Pharmaceuticals Inc (Common) | A | Dividend | | | Sold | 04/03/19 | J | | |
| 1659. -SVB Financial Group (Common) | | None | J | T | Buy | 07/05/19 | J | | |
| 1660. | | | | | Sold | 10/10/19 | J | | |
| 1661. | | | | | Buy | 11/15/19 | J | | |
| 1662. -Synovus Financial Corp (Common) | A | Dividend | J | T | Buy | 08/06/19 | J | | |
| 1663. -Sysco Corp (Common) | A | Dividend | J | T | Sold<br>(part) | 01/03/19 | J | A | |
| 1664. | | | | | Sold<br>(part) | 01/04/19 | J | A | |
| 1665. | | | | | Sold<br>(part) | 02/06/19 | J | B | |
| 1666. | | | | | Buy<br>(add'l) | 08/28/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1667. | | | | | Sold (part) | 10/02/19 | J | A | |
| 1668. -T-Mobile US Inc (Common) | | None | J | T | Buy (add'l) | 05/01/19 | J | | |
| 1669. | | | | | Sold | 08/28/19 | J | D | |
| 1670. | | | | | Sold (part) | 08/28/19 | J | A | |
| 1671. -T Rowe Price Group Inc (Common) | A | Dividend | K | T | | | | | |
| 1672. -Tapestry Inc (Common) | | None | | | Buy | 01/15/19 | J | | |
| 1673. | | | | | Sold | 05/01/19 | J | | |
| 1674. -Target Corp (Common) | A | Dividend | K | T | Sold (part) | 05/08/19 | J | B | |
| 1675. -TD Ameritrade (Common) | A | Dividend | | | Buy | 02/05/19 | J | | |
| 1676. | | | | | Sold | 06/18/19 | J | | |
| 1677. -TE Connectivity Ltd (Common) | A | Dividend | | | Buy (add'l) | 01/17/19 | J | | |
| 1678. | | | | | Sold (part) | 02/05/19 | J | A | |
| 1679. | | | | | Sold | 03/06/19 | J | A | |
| 1680. -Technical Data Corp (Common) | | None | | | Sold | 08/28/19 | J | A | |
| 1681. -Terreno Realty Corp (REIT) | A | Dividend | | | Buy (add'l) | 10/02/19 | J | | |
| 1682. | | | | | Sold | 11/13/19 | J | B | |
| 1683. -Tetra Tech Inc (Common) | A | Dividend | J | T | Sold (part) | 08/28/19 | J | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1684. -Texas Instruments Inc (Common) | B | Dividend | L | T | Sold (part) | 05/08/19 | J | D | |
| 1685. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 1686. | | | | | Sold (part) | 08/28/19 | J | A | |
| 1687. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 1688. -Timken Co (Common) | A | Dividend | | | Buy (add'l) | 01/09/19 | J | | |
| 1689. | | | | | Sold (part) | 07/02/19 | K | C | |
| 1690. | | | | | Sold | 07/05/19 | J | D | |
| 1691. -TJX Companies Inc (Common)) | A | Dividend | K | T | Buy (add'l) | 01/15/19 | K | | |
| 1692. | | | | | Sold (part) | 08/28/19 | J | B | |
| 1693. | | | | | Sold (part) | 08/28/19 | J | | |
| 1694. -Tyson Foods Inc (Common) | A | Dividend | K | T | Buy | 01/15/19 | K | | |
| 1695. | | | | | Buy (add'l) | 01/17/19 | J | | |
| 1696. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 1697. | | | | | Sold (part) | 10/10/19 | J | | |
| 1698. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 1699. -Ultimate Software Group Inc (Common) | | None | | | Buy | 01/17/19 | J | | |
| 1700. | | | | | Sold | 02/05/19 | J | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1701. -UniFirst Corp (Common) | A | Dividend | J | T | Sold (part) | 08/28/19 | J | B | |
| 1702. -Union Pacific Corp (Common) | A | Dividend | K | T | Buy | 04/08/19 | K | | |
| 1703. | | | | | Buy (add'l) | 04/10/19 | J | | |
| 1704. | | | | | Sold (part) | 05/08/19 | J | A | |
| 1705. | | | | | Sold (part) | 08/28/19 | J | | |
| 1706. | | | | | Sold | 10/10/19 | K | | |
| 1707. | | | | | Buy | 11/15/19 | K | | |
| 1708. -United Technologies Corp (Common) | A | Dividend | K | T | Buy (add'l) | 01/09/19 | J | | |
| 1709. | | | | | Buy (add'l) | 01/17/19 | J | | |
| 1710. | | | | | Buy (add'l) | 03/06/19 | J | | |
| 1711. | | | | | Sold (part) | 05/08/19 | J | B | |
| 1712. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 1713. | | | | | Sold (part) | 08/28/19 | J | A | |
| 1714. -UnitedHealth Group Inc (Common) | A | Dividend | L | T | Sold (part) | 04/08/19 | K | E | |
| 1715. | | | | | Sold (part) | 04/10/19 | J | D | |
| 1716. | | | | | Sold (part) | 08/28/19 | J | C | |
| 1717. -Universal Forest Products, Inc (Common) | A | Dividend | J | T | Sold (part) | 08/28/19 | J | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1718. -Universal Health Realty Income Trust (REIT) | A | Dividend | J | T | Buy | 11/13/19 | J | | |
| 1719. | | | | | Buy (add'l) | 11/14/19 | J | | |
| 1720. -Universal Health Services Inc (Common) | A | Dividend | J | T | Buy (add'l) | 01/17/19 | J | | |
| 1721. | | | | | Sold (part) | 03/05/19 | J | B | |
| 1722. | | | | | Sold (part) | 08/28/19 | J | A | |
| 1723. -UNUM Group (Common) | A | Dividend | | | Buy | 01/09/19 | J | | |
| 1724. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 1725. | | | | | Sold | 08/06/19 | J | | |
| 1726. -Valero Energy Corp (Common) | A | Dividend | | | Sold | 05/01/19 | J | B | |
| 1727. -Valmont Industries Inc (Common) | A | Dividend | J | T | Buy | 08/07/19 | J | | |
| 1728. | | | | | Sold (part) | 08/28/19 | J | A | |
| 1729. -VanEck Vectors Agribusiness ETF | A | Dividend | J | T | Buy | 09/11/19 | J | | |
| 1730. | | | | | Buy (add'l) | 10/02/19 | J | | |
| 1731. | | | | | Sold (part) | 11/13/19 | J | | |
| 1732. | | | | | Buy (add'l) | 12/04/19 | J | | |
| 1733. -VanEck Vectors Fallen Angel High Yield Bond ETF | B | Dividend | K | T | Buy | 08/28/19 | J | | |
| 1734. | | | | | Buy (add'l) | 09/11/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1735. | | | | | Sold<br>(part) | 10/09/19 | J | | |
| 1736. | | | | | Buy<br>(add'l) | 11/13/19 | J | | |
| 1737. -VanEck Vectors International High Yield<br>Bond ETF | | None | | | Buy | 08/28/19 | K | | |
| 1738. | | | | | Sold<br>(part) | 09/11/19 | K | | |
| 1739. | | | | | Sold | 10/09/19 | J | | |
| 1740. -VanEck Vectors Investment Grade Floating<br>Rate ETF | A | Dividend | | | Buy | 09/11/19 | J | | |
| 1741. | | | | | Buy<br>(add'l) | 10/09/19 | J | | |
| 1742. | | | | | Sold | 11/13/19 | J | A | |
| 1743. -VanEck Vectors Israel ETF | | None | | | Buy | 05/08/19 | J | | |
| 1744. | | | | | Sold | 07/10/19 | J | A | |
| 1745. -Vanguard Emerging Markets Government<br>Bond Index Fund ETF | | None | | | Buy | 08/28/19 | K | | |
| 1746. | | | | | Sold | 09/11/19 | K | | |
| 1747. -Vanguard Intermediate-Term Bond Index<br>Fund ETF | A | Dividend | J | T | Buy | 08/28/19 | J | | |
| 1748. | | | | | Sold | 09/11/19 | J | | |
| 1749. | | | | | Buy | 11/13/19 | J | | |
| 1750. -Vanguard Intermediate-Term Corporate<br>Bond Index Fund ETF | B | Dividend | K | T | Buy | 08/28/19 | K | | |
| 1751. | | | | | Sold<br>(part) | 11/13/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1752. | | | | | Buy (add'l) | 12/12/19 | K | | |
| 1753. -Vanguard Real Estate Index Fund (REIT) | A | Dividend | K | T | Buy | 10/02/19 | K | | |
| 1754. -Vanguard Short-Term Corporate Bond Index Fund | A | Dividend | | | Buy | 11/13/19 | J | | |
| 1755. | | | | | Sold | 12/12/19 | J | A | |
| 1756. -Vanguard Total International Bond Index Fund ETF | A | Dividend | J | T | Buy | 12/12/19 | J | | |
| 1757. | | | | | Sold (part) | 12/26/19 | J | | |
| 1758. -Variann Medical Systems Inc (Common) | | None | | | Buy | 08/28/19 | J | | |
| 1759. | | | | | Sold | 09/11/19 | J | A | |
| 1760. -Verizon Communications (Common) | B | Dividend | K | T | Sold (part) | 08/28/19 | J | B | |
| 1761. -Vertex Pharmaceuticals Inc (Common) | | None | | | Buy | 04/08/19 | K | | |
| 1762. | | | | | Buy (add'l) | 04/10/19 | J | | |
| 1763. | | | | | Sold (part) | 08/28/19 | J | | |
| 1764. | | | | | Sold (part) | 09/09/19 | K | | |
| 1765. | | | | | Sold | 09/11/19 | J | | |
| 1766. -VISA Inc (Common) | A | Dividend | K | T | Buy | 06/10/19 | K | | |
| 1767. | | | | | Buy (add'l) | 06/12/19 | J | | |
| 1768. | | | | | Sold (part) | 08/28/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1769. -Walgreens Boots Alliance (Common) | A | Dividend | K | T | Buy | 03/05/19 | K | | |
| 1770. | | | | | Buy<br>(add'l) | 03/06/19 | J | | |
| 1771. | | | | | Buy<br>(add'l) | 04/02/19 | J | | |
| 1772. | | | | | Sold<br>(part) | 06/18/19 | K | | |
| 1773. | | | | | Buy<br>(add'l) | 07/19/19 | J | | |
| 1774. | | | | | Sold<br>(part) | 08/28/19 | J | | |
| 1775. | | | | | Sold<br>(part) | 08/28/19 | J | | |
| 1776. | | | | | Buy<br>(add'l) | 09/11/19 | J | | |
| 1777. -Walmart Inc (Common) | A | Dividend | J | T | Sold<br>(part) | 05/01/19 | J | B | |
| 1778. | | | | | Buy<br>(add'l) | 08/28/19 | J | | |
| 1779. | | | | | Sold<br>(part) | 10/02/19 | J | A | |
| 1780. -Walt Disney Co (Common) | A | Dividend | K | T | Sold<br>(part) | 08/28/19 | J | A | |
| 1781. -Washington Federal Inc. (Common) | A | Dividend | | | Sold<br>(part) | 05/16/19 | J | A | |
| 1782. | | | | | Buy<br>(add'l) | 07/19/19 | J | | |
| 1783. | | | | | Sold | 08/28/19 | J | C | |
| 1784. -Waste Management, Inc. (Common) | A | Dividend | J | T | Sold<br>(part) | 08/28/19 | J | D | |
| 1785. | | | | | Sold<br>(part) | 10/02/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1786. -WEC Energy Group (Common) | A | Dividend | | | Sold | 02/06/19 | J | B | |
| 1787. -Wellcare Health Plans Inc (Common) | A | Dividend | | | Sold | 04/30/19 | K | D | |
| 1788. -WellTower Inc (Common) | A | Dividend | J | T | Buy | 06/12/19 | J | | |
| 1789. | | | | | Buy<br>(add'l) | 10/02/19 | J | | |
| 1790. | | | | | Sold<br>(part) | 12/26/19 | J | | |
| 1791. -Wells Fargo & Company (Common) | B | Dividend | K | T | | | | | |
| 1792. -Wells Fargo Sweep Account | A | Interest | M | T | | | | | |
| 1793. -Wex Inc (Common) | A | Dividend | J | T | Sold<br>(part) | 08/28/19 | J | A | |
| 1794. -Williams Sonoma Inc (Common) | A | Dividend | K | T | Buy<br>(add'l) | 01/15/19 | J | | |
| 1795. | | | | | Sold<br>(part) | 05/01/19 | J | | |
| 1796. | | | | | Sold<br>(part) | 08/28/19 | J | A | |
| 1797. -Willis Towers Watson (Common) | | None | J | T | Buy | 05/01/19 | J | | |
| 1798. | | | | | Sold<br>(part) | 08/28/19 | J | A | |
| 1799. -Wintrust Financial Corp | A | Dividend | | | Buy | 01/17/19 | J | | |
| 1800. | | | | | Sold | 04/02/19 | J | | |
| 1801. -WisdomTree Emerging Markets Local Debt<br>Fund ETF | | None | | | Buy | 08/28/19 | J | | |
| 1802. | | | | | Sold | 09/11/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1803. -WisdomTree Yield Enhanced U.S. Aggregate Bond ETF | A | Dividend | | | Buy | 11/13/19 | J | | |
| 1804. | | | | | Sold | 12/12/19 | J | A | |
| 1805. -World Fuel Service Corp (Common) | A | Dividend | J | T | Buy | 06/05/19 | J | | |
| 1806. | | | | | Sold (part) | 08/28/19 | J | A | |
| 1807. -Wynn Resorts Ltd (Common) | A | Dividend | K | T | Buy | 08/28/19 | J | | |
| 1808. -Xenia Hotels & Resorts (Common) | A | Dividend | | | Sold | 01/11/19 | J | | |
| 1809. -Xylem Inc (Common) | | None | J | T | Buy | 04/08/19 | K | | |
| 1810. | | | | | Buy (add'l) | 04/10/19 | J | | |
| 1811. | | | | | Sold (part) | 05/08/19 | J | | |
| 1812. | | | | | Sold (part) | 08/28/19 | J | | |
| 1813. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 1814. -Yum! Brands (Common) | A | Dividend | | | Buy (add'l) | 01/17/19 | J | | |
| 1815. | | | | | Sold (part) | 07/02/19 | K | B | |
| 1816. | | | | | Sold | 07/05/19 | J | C | |
| 1817. | | | | | Buy | 09/11/19 | J | | |
| 1818. | | | | | Sold (part) | 10/02/19 | J | | |
| 1819. | | | | | Sold | 12/26/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1820. -Zebra Technologies Corp (Common) | | None | J | T | Buy (add'l) | 05/01/19 | J | | |
| 1821. | | | | | Sold (part) | 05/16/19 | J | B | |
| 1822. | | | | | Sold (part) | 08/28/19 | J | C | |
| 1823. | | | | | Sold | 10/10/19 | J | | |
| 1824. | | | | | Buy | 11/15/19 | J | | |
| 1825. -Zoetis Inc (Common) | A | Dividend | | | Sold | 08/28/19 | K | D | |
| 1826. Brokerage (H) | | | | | | | | | |
| 1827. -BP PLC Sponsored ADR (Common) | B | Dividend | | | Sold | 10/21/19 | L | | |
| 1828. -Calumet Specialty Products LP (Common) (X) | | None | | | Sold | 10/21/19 | J | | |
| 1829. -CVR Refining LP Com Unit Repstg LTD Partner (Common) | | None | | | Sold | 01/29/19 | J | | |
| 1830. -Delek US Holdings Inc (Common) | A | Dividend | | | Sold | 10/21/19 | J | B | |
| 1831. -Fidelity Cash Reserves Fund | C | Dividend | M | T | | | | | |
| 1832. -Fidelity Municipal Income Fund | A | Dividend | K | T | | | | | |
| 1833. -Kinder Morgan Energy Partners LP (Common) | A | Dividend | | | Sold | 10/21/19 | J | | |
| 1834. -Lincoln National (Common) | C | Dividend | M | T | | | | | |
| 1835. -Marathon Oil Petroleum Corp (Common) | A | Dividend | J | T | | | | | |
| 1836. -Nisource (Common) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1837. -Nustar Energy LP (Common) | | None | | | Sold | 10/21/19 | J | | |
| 1838. -Plains All American Pipeline LP (Common) | | None | | | Sold | 10/21/19 | J | | |
| 1839. -Riveria Resource Inc (Common) | | None | | | Sold | 10/21/19 | J | | |
| 1840. -Roan Resource Inc (Common) | | None | | | Sold | 10/21/19 | J | A | |
| 1841. -Sun Communities (Common) | A | Dividend | K | T | | | | | |
| 1842. Investment Club (H) | | | | | | | | | |
| 1843. -Allena Pharmaceuticals Inc (Common) (Y) | | | | | | | | | |
| 1844. -Apple (Common) | A | Dividend | J | T | | | | | |
| 1845. -Borg Warner Inc (Common) (Y) | | | | | | | | | |
| 1846. -Concho Resources (Common)(Y) | | | | | | | | | |
| 1847. -Costco Wholesale Corp (Common) | A | Dividend | J | T | | | | | |
| 1848. -Dropbox Inc (Common) | A | Dividend | J | T | Buy | 10/17/19 | J | | |
| 1849. | | | | | Sold | 10/18/19 | J | A | |
| 1850. | | | | | Buy | 10/29/19 | J | | |
| 1851. -DowDupont Inc (Common) | A | Dividend | | | Sold | 02/05/19 | J | | |
| 1852. -Facebook Inc (Common) | | None | J | T | | | | | |
| 1853. -Immunomedics, Inc. (Common) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 05/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1854. -Micron Technology Inc (Common) | | None | J | T | | | | | |
| 1855. -JP Morgan Chase & Co (Common) | A | Dividend | J | T | | | | | |
| 1856. -NVidia Corp (Common) (X) | | None | | | Sold | 10/17/19 | J | A | |
| 1857. -Omeros Corp (Common) | | None | J | T | | | | | |
| 1858. -Sage Therapeutic Inc (Common) | A | Dividend | J | T | Buy | 12/12/19 | J | | |
| 1859. | | | | | Buy<br>(add'l) | 12/16/19 | J | | |
| 1860. | | | | | Sold | 12/16/19 | J | A | |
| 1861. | | | | | Buy | 12/20/19 | J | | |
| 1862. | | | | | Sold | 12/23/19 | J | | |
| 1863. | | | | | Buy | 12/27/19 | J | | |
| 1864. -Target Corp (Common) | A | Dividend | J | T | Buy | 02/05/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cleland, Robert H.** | 05/31/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - INVESTMENTS & TRUSTS

Line 583 - Celegene Corp merged with Bristol Myers Squibb on 11/21/19 & changed its name to Bristol Myers Squibb Line 570

Line 617 - DSW changed its name to Designer Brands Inc on April 2, 2019 Line 611

Line 636 - Harris Corp merged with L3 Technologies on July 1, 2019 & changed its name to L3Harris Technologies, Inc. Line 667

Line 748 - Twenty-First Century merged with the Walt Disney Co on March 20, 2019 & changed it's name to Walt Disney Company Line 766

Line 1132 - Harris Corp merged with L3 Technologies on July 1, 2019 & changed its name to L3Harris Technologies, Inc Line 1384

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert H. Cleland**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544